YALE H. METZGER, AKSB No. 9512082
MELANIE L. RONEN, *Pro Hac Vice*
Keesal, Young & Logan
400 Oceangate, Suite 1400
Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

MICHAEL HAWES, *Pro Hac Vice*
BRAD BOWLING, *Pro Hac Vice*
BRANDON CHEN, *Pro Hac Vice*
BAKER BOTTS LLP
One Shell Plaza, 910 Louisiana Street
Houston, TX 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522
Email: michael.hawes@bakerbotts.com
Email: brad.bowling@bakerbotts.com
Email: brandon.chen@bakerbotts.com

Attorneys for Plaintiffs
TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC. and TD AMERITRADE SERVICES COMPANY, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC. and TD AMERITRADE SERVICES COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RICHARD MATTHEWS,<br><br>Defendant. | Case No. 3:16-cv-00136-SLG |

**<u>DECLARATION OF MELANIE L. RONEN IN SUPPORT OF TD AMERITRADE'S MOTION FOR ATTORNEYS' FEES</u>**

KYL4881-1697-3866.1

I, Melanie L. Ronen, declare as follows:

1. I am an attorney employed with the law firm of Keesal, Young & Logan, counsel for Plaintiffs TD Ameritrade, Inc., TD Ameritrade Holding Corporation, TD Ameritrade IP Company, Inc. and TD Ameritrade Services Company, Inc. ("Plaintiffs" or "TD Ameritrade") in this matter. I make this Declaration based upon my personal knowledge.

2. TD Ameritrade incurred the following attorneys' fees and paralegal fees in connection with the cancellation of the bogus lien filed by Defendant James Richard Matthews ("Matthews") pursuant to AS 09.45.164 and AS 09.45.167, which have been billed by Keesal, Young & Logan:

| **Professional** | **Recap of Hours** | **Time Period** | **Rate** | **Fees Billed** |
|---|---|---|---|---|
| Courtney Collins (associate) | 33.50 | 4/2016-9/2016 | $284.75 | $9,539.13 |
| Herbert Ray (shareholder) | 1.20 | 5/2016-9/2016 | $467.50 | $561.00 |
| Zachary Berne (associate) | 1.10 | 11/2018-1/2019 | $284.75 | $313.22 |
| Melanie Ronen (shareholder) | 29.90 | 8/2019-2/2021 | $548 | $16,385.20 |
| Melanie Ronen (shareholder) | 11.30 | 3/2021-9/2021 | $580 | $6,554.00 |
| Melanie Ronen (shareholder) | 3.00 | 6/2022 | $639 | $1,917.00 |
| Leslie Smith (paralegal) | .50 | 1/2021-2/2021 | $212 | $106.00 |
| | | | **Total Fees Billed:** | **$35,375.55** |

///

///

3. TD Ameritrade has incurred the following additional fees in July 2022 in connection with TD Ameritrade's concurrently filed Motion for Attorneys' Fees that have not yet been billed by Keesal, Young & Logan:

| **Professional** | **Recap of Hours** | **Rate** | **Fees to be Billed** |
|---|---|---|---|
| Melanie Ronen | 8.4 | $639 | $5,367.60 |
| Melanie Sharpe (paralegal) | 6.8 | $248 | $1,686.40 |
| **Total Fees Incurred But Not Yet Billed:** | | | **$7,054.00** |

4. TD Ameritrade has incurred attorneys' fees in the amount of **$42,429.55** in connection with the initial investigation into the bogus lien filed by Matthews, the Complaint and First Amended Complaint, the later recorded documents, discovery related to the bogus lien, the Motion for Cancellation and Declaratory Judgment and related documents, and the concurrently filed Motion for Attorneys' Fees.

5. The work performed by Keesal, Young & Logan in connection with the initial investigation into the bogus lien filed by Matthews, the Complaint and First Amended Complaint, the later recorded documents, discovery related to the bogus lien, the Motion for Cancellation and Declaratory Judgment and related documents, and the concurrently filed Motion for Attorneys' Fees is described in the attached invoices (redacted to protect confidential attorney-client communications) attached as Exhibit A hereto.

///

///

6. The time charged by me and my Keesal, Young & Logan colleagues, as set forth in the invoices attached hereto, was necessary and reasonable in connection with TD Ameritrade's efforts to cancel the bogus lien filed by Matthews pursuant to AS 09.45.164 and AS 09.45.167.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED at Long Beach, California this _9_ day of August 2022.

MELANIE L. RONEN

**CERTIFICATE OF SERVICE**

I hereby certify that on _August 9, 2022, I caused a true and correct copy of the foregoing document to be served electronically via CM/ECF in accordance with the Court's electronic filing procedures on the following:

Vincent J. D'Elia, Esq.
Edwin L. Eubank, Paralegal
574 Newark Avenue
Jersey City, NJ 07306
vjd@deliamccarthy.com;
elbank@bellsouth.net

Michael Hawes, Esq.
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
michael.hawes@bakerbotts.com

Bradley Bowling, Esq.
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
brandon.chen@bakerbotts.com

Brandon Chen, Esq.
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
brandon.chen@bakerbotts.com

________________________________
Maria Smith

# Exhibit A

TD AMERITRADE
ATTN: ACCOUNTS PAYABLE
[redacted]

JULY 27, 2016
4898-85

INVOICE: 281315

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD
WRIGHT

SERVICES

[redacted]

| | | | |
|---|---|---|---|
| Apr 26, 16 | CLC | REVIEW FILE PROVIDED BY CLIENT. CONTINUE ONLINE RESEARCH RE SOURCES POSSIBLY USED BY JAMES MATTHEWS. PREPARE MEMO RE [redacted] UPDATE RESEARCH ON RECORDED DOCUMENTS. | 5.10 |
| Apr 28, 16 | CLC | CONTINUE REVIEWING FILE AND DOCUMENTS SENT BY JAMES MATTHEWS. CREATE TIMELINE OF EVENTS BASED ON FILE REVIEW. WORK ON SELECTING EXHIBITS TO COMPLAINT. WORK ON COMPLAINT. | 3.40 |

TD AMERITRADE
JULY 27, 2016
INVOICE: 281315



| | | | |
|---|---|---|---|
| Apr 29, 16 | CLC | CONTINUE WORKING ON COMPLAINT AND SELECTING DOCUMENTS AS SUPPORTING EXHIBITS. CONSIDER DIVERSITY AS JURISDICTIONAL BASIS AND ANCHORAGE AS VENUE FOR FILING. BRIEFLY REVIEW ALASKA STATUTES ON NONCONSENSUAL COMMON LAW LIENS. | 3.20 |
| Apr 30, 16 | CLC | RESEARCH RE DECLARATORY RELIEF ACT, ANALOGOUS CASES INVOLVING SIMILAR FILINGS AND RECORDINGS, AND FOR CASES INTERPRETING ALASKA STATUTE AND ANALOGOUS STATUTES FROM OTHER STATES RE NONCONSENSUAL COMMON LAW LIEN. WORK ON COMPLAINT AND SUPPORTING EXHIBITS. PREPARE EMAIL [redacted] TO CLIENT. | 6.80 |
| May 10, 16 | CLC | PROVIDE [redacted] TO IN HOUSE COUNSEL. | .20 |
| May 26, 16 | HHR | REVIEW DRAFT COMPLAINT AND CONFER WITH MS. COLLINS RE [redacted] | .40 |
| May 26, 16 | CLC | CONFER WITH MR. RAY RE [redacted] | .50 |
| May 27, 16 | CLC | REVISE COMPLAINT AND ADD INJUNCTIVE RELIEF CAUSE OF AC [redacted] MR. RAY RE [redacted] SEND [redacted] TO IN HOUSE COUNSEL. | 1.60 |
| Jun 17, 16 | CLC | REVIEW EXHIBITS FOR ACCURACY. INSTRUCT LITIGATION ASSISTANT TO MARK FOR COMPLAINT. COORDINATE WITH LITIGATION ASSISTANT RE TECHNICAL ISSUES WITH DOCUMENTS AS PROVIDED BY CLIENT. | .60 |

| | | | |
|---|---|---|---|
| Jun 24, 16 | CLC | FINALIZE EXHIBITS AND EDIT COMPLAINT. INSTRUCT LITIGATION ASSISTANT RE FILING. | 1.40 |

[redacted]

[redacted]

TD AMERITRADE
JULY 27, 2016
INVOICE: 281315

Page 4

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RAY, HERBERT H. JR. | [redacted] | 467.50 | $ | [redacted] |
| ASSOC | COLLINS, COURTNEY L. | [redacted] | 284.75 | $ | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | | | |

| | | |
|---|---|---|
| FEES: | $ | [redacted] |
| LESS 15%: | | [redacted] |
| TOTAL FEES | $ | [redacted] |

DISBURSEMENTS

[redacted]

[redacted]

**TOTAL STATEMENT** $ [redacted]

TD AMERITRADE
[redacted]

AUGUST 18, 2016
4898-85

INVOICE: 281828

FOR PROFESSIONAL SERVICES RENDERED
***Please remit within 15 days***

RE: MATTHEWS, JAMES RICHARD
WRIGHT

SERVICES

| | | | |
|---|---|---|---|
| Jul 15, 16 | CLC | [redacted] WORK ON AMENDED COMPLAINT. [redacted] | 4.10 |

[redacted]

TD AMERITRADE
AUGUST 18, 2016
INVOICE: 281828



| | | | |
|---|---|---|---|
| Jul 28, 16 | HHR | CONFER WITH MS. COLLINS RE [redacted] | .30 |
| Jul 28, 16 | CLC | WORK ON EDITS TO AMENDED COMPLAINT. [redacted] PROVIDE [redacted] TO CLIENT [redacted] | 1.60 |

[redacted]

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RAY, HERBERT H. JR. | .30 | 467.50 | $ | 140.25 |
| ASSOC | COLLINS, COURTNEY L. | [redacted] | 284.75 | $ | [redacted] |
| | | [redacted] | | | |

| | | |
|---|---|---|
| FEES: | $ | [redacted] |
| LESS 15%: | | |
| TOTAL FEES | $ | [redacted] |
| **TOTAL STATEMENT** | $ | [redacted] |

TD AMERITRADE
[redacted]

OCTOBER 20, 2016
4898-85

INVOICE: 283652

FOR PROFESSIONAL SERVICES RENDERED
***Please remit within 15 days***

RE: MATTHEWS, JAMES RICHARD
WRIGHT

SERVICES

[redacted]

| | | | |
|---|---|---|---|
| Sep 01, 16 | CLC | [redacted] | .40 |
| Sep 07, 16 | HHR | REVIEW DRAFT AMENDED COMPLAINT AND EMAIL [redacted] TO MS. COLLINS. | .50 |

| | | | |
|---|---|---|---|
| Sep 07, 16 | CLC | FINALIZE DRAFT AMENDED COMPLAINT [redacted] O CLIENT [redacted] | .60 |
| Sep 09, 16 | CLC | FINALIZE COMPLAINT AND EXHIBITS FOR REDACTION OR FILING. INSTRUCT LITIGATION ASSISTANT RE FILING. | 1.70 |
| [redacted] | | | |
| Sep 19, 16 | CLC | REVIEW RESEARCH RE ADDRESSES FOR SERVICE ON DEFENDANT. | .40 |
| [redacted] | | | |
| Sep 27, 16 | CLC | REVIEW AND EDIT DRAFT SUMMONSES. | .30 |
| Sep 27, 16 | CLC | RECEIVE AND REVIEW COURT-ISSUED SUMMONSES. | .20 |
| [redacted] | | | |

TD AMERITRADE
OCTOBER 20, 2016
INVOICE: 283652



| | | | |
|---|---|---|---|
| Sep 28, 16 | CLC | DRAFT DECLARATION AND MOTION REQUESTING EXTENSION OF TIME FOR SERVICE OF AMENDED COMPLAINT. | 1.40 |

[redacted]

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RAY, HERBERT H. JR. | .50 | 467.50 | $ | 233.75 |
| ASSOC | COLLINS, COURTNEY L. | [redacted] | 284.75 | $ | [redacted] |
| | | [redacted] | | | |

| | | |
|---|---|---|
| FEES: | $ | [redacted] |
| LESS 15%: | | |
| TOTAL FEES | $ | [redacted] |

DISBURSEMENTS

[redacted]

[redacted] [redacted]

**TOTAL STATEMENT** $ [redacted]

TD AMERITRADE
[redacted]

DECEMBER 15, 2017
4898-85

INVOICE: 293540

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD
WRIGHT

SERVICES

[redacted]

[redacted]

[redacted]

| | | | |
|---|---|---|---|
| Nov 30, 17 | ZTB | SEARCH ALASKA RECORDER'S WEBSITE FOR NEW RECORDINGS BY MATTHEWS, REVIEW CORRECTED FILING AT DOC. NO. 72 REGARDING NEW LIEN FILED BY MATTHEWS, REVIEW CASE DATA AND NET DOCS FOR PRIOR RECORDINGS/ LIENS, COMPARE SAME AGAINST ASSIGNMENT OF TITLE RECORDED IN OCTOBER 2016, DRAFT EMAIL TO M. RONEN | .70 |
| Nov 30, 17 | ZTB | DISCUSS [redacted] WITH B. RAY | .20 |

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | | |
| ASSO | BERNE, ZACHARY T. | 1.50 | 284.75 | $ | 427.12 |
| | | [redacted] | | | |

| | | |
|---|---|---|
| FEES: | $ | [redacted] |
| LESS 15%: | | |
| TOTAL FEES | $ | [redacted] |
| **TOTAL STATEMENT** | $ | [redacted] |

TD AMERITRADE
[redacted]

JANUARY 19, 2018
4898-85

INVOICE: 294178

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD WRIGHT

SERVICES

[redacted]

| | | | |
|---|---|---|---|
| Dec 01, 17 | ZTB | REVIEW ALASKA RECORDER'S WEBSITE FOR NEW LIEN FILINGS BY MATTHEWS | .10 |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

TD AMERITRADE
JANUARY 19, 2018
INVOICE: 294178



RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | | |
| ASSO | | [redacted] | 284.00 | $ | [redacted] |
| | | [redacted] | | | |

TOTAL FEES $ [redacted]

**TOTAL STATEMENT** $ [redacted]

TD AMERITRADE
[redacted]

FEBRUARY 15, 2018
4898-85

INVOICE: 294603

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD
WRIGHT

SERVICES

| | | | |
|---|---|---|---|
| Jan 02, 18 | ZTB | RESEARCH AND REVIEW ALASKA DNR RECORDER'S OFFICE WEBSITE FOR NEW LIEN RECORDINGS BY MATTHEWS, AS CLAIMED IN CORRECTED SECOND AMENDED ANSWER AND CROSSCLAIMS | .10 |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | | |
| ASSO | | [redacted] | 284.00 | $ | [redacted] |
| | | [redacted] | | | |

TOTAL FEES $ [redacted]

**TOTAL STATEMENT** $ [redacted]

TD AMERITRADE
[redacted]

SEPTEMBER 13, 2019
4898-85

INVOICE: 307090

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD WRIGHT

SERVICES

[redacted]

[redacted]

| | | | |
|---|---|---|---|
| Aug 14, 19<br>CODE: L310 | MLR | PREPARATION OF SECOND SET OF REQUESTS FOR ADMISSIONS. | .20 |

[redacted]

[redacted]

| | | | |
|---|---|---|---|
| Aug 19, 19<br>CODE: L310 | MLR | PREPARATION OF SECOND SET OF REQUESTS FOR ADMISSIONS. | 1.60 |

[redacted]

[redacted]

| | | | |
|---|---|---|---|
| Aug 23, 19<br>CODE: L310 | MLR | REVIEW ADDITIONAL DRAFT RFAS AND INTERROGATORIES. | .10 |
| Aug 23, 19<br>CODE: L310 | MLR | REVIEW CLIENTS' COMMENTS/EDITS TO DRAFT DISCOVERY. | .20 |

[redacted]

| | | | |
|---|---|---|---|
| Aug 28, 19<br>CODE: L310 | MLR | FINALIZE DISCOVERY. | 1.90 |

[redacted]

Aug 28, 19 MLR FINAL EDITS TO DISCOVERY PRIOR TO SERVICE. .20
CODE: L310

[redacted]

[redacted]

[redacted]

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RONEN, MELANIE L. | [redacted] | 548.00 | $ | [redacted] |
| | | [redacted] | | | |

TOTAL FEES $ [redacted]

DISBURSEMENTS

[redacted]

**TOTAL STATEMENT** $ [redacted]

TD AMERITRADE
[redacted]

NOVEMBER 12, 2019
4898-85

INVOICE: 308494

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD WRIGHT

SERVICES

[redacted]

[redacted]

[redacted]

[redacted]

| | | | |
|---|---|---|---|
| Oct 15, 19<br>CODE: L120 | MLR | RESEARCH REGARDING ADDITIONAL CLAIMS IN LIGHT OF MATTHEWS' ADMISSIONS HE SIGNED | .30 |

LIEN WITHOUT AUTHORIZATION.

[redacted]

| | | | |
|---|---|---|---|
| Oct 16, 19<br>CODE: L310 | MLR | CLOSE COMPARISON OF RFA AND INTERROGATORY RESPONSES WITH THIRD AMENDED ANSWER AND THIRD AMENDED COUNTERCLAIM. | 1.50 |

| | | | |
|---|---|---|---|
| Oct 16, 19<br>CODE: L120 | MLR | RESEARCH REGARDING ALASKA STATUTES REGARDING NON-CONSENSUAL COMMON LAW LIENS AND STRATEGY IN LIGHT OF RECENT ADMISSIONS BY MATTHEWS. | 1.00 |

[redacted]

| | | | |
|---|---|---|---|
| Oct 17, 19<br>CODE: L120 | MLR | [redacted] | .30 |

[redacted]

TD AMERITRADE
NOVEMBER 12, 2019
INVOICE: 308494

[redacted]

[redacted]

| | | | |
|---|---|---|---|
| Oct 18, 19 | MLR | GATHER DEPOSITION EXHIBITS. | .30 |

CODE: L330

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RONEN, MELANIE L. | [redacted] | 548.00 | $ | [redacted] |

[redacted]

[redacted]

TOTAL FEES $ [redacted]

DISBURSEMENTS

[redacted]

[redacted]

**TOTAL STATEMENT** $ [redacted]

TD AMERITRADE
[redacted]

DECEMBER 05, 2019
4898-85

INVOICE: 309106

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD WRIGHT

SERVICES

[redacted]

TD AMERITRADE
DECEMBER 05, 2019
INVOICE: 309106

[redacted]

[redacted]

| | | | |
|---|---|---|---|
| Nov 08, 19 | MLR | REVIEW MATTHEWS' DEPOSITION. | 1.00 |

CODE: L330

[redacted]

[redacted]

[redacted]

| | | | |
|---|---|---|---|
| Nov 13, 19 | MLR | REVIEW MATTHEWS' DEPOSITION. | .30 |
| CODE: L330 | | | |

[redacted]

[redacted]

[redacted]

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RONEN, MELANIE L. | [redacted] | 548.00 | $ | [redacted] |

[redacted]

[redacted]

TOTAL FEES $ [redacted]

DISBURSEMENTS

[redacted]

[redacted]

**TOTAL STATEMENT** $ [redacted]

TD AMERITRADE
[redacted]

FEBRUARY 09, 2021
4898-85

INVOICE: 319971

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD
WRIGHT

SERVICES

[redacted]

| | | | |
|---|---|---|---|
| Jan 21, 21<br>CODE: L210 | MLR | PREPARATION MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE CLAIM. | .90 |
| Jan 24, 21<br>CODE: L240 | MLR | PREPARATION OF MOTION FOR SUMMARY JUDGMENT ON TD AMERITRADE'S AFFIRMATIVE CLAIMS. | 1.60 |
| Jan 26, 21 | MLR | PREPARATION OF MOTION FOR SUMMARY | 1.70 |

TD AMERITRADE
FEBRUARY 09, 2021
INVOICE: 319971



| | | | |
|---|---|---|---|
| CODE: L240 | | JUDGMENT. | |
| Jan 27, 21<br>CODE: L240 | MLR | PREPARATION OF MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE CLAIMS. | 8.50 |
| Jan 28, 21<br>CODE: L240 | MLR | PREPARATION OF MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE CLAIMS. | 5.20 |
| Jan 29, 21<br>CODE: L210 | MLR | EDIT MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE CLAIMS. | 1.40 |

[redacted]

| | | | |
|---|---|---|---|
| Jan 29, 21<br>CODE: L210 | LAS | REVIEW OF MR. JAMES MATTHEWS DEPOSITION TRANSCRIPT REGARDING OBTAINING CERTAIN PAGES FOR EXHIBITS TO OUR MOTION FOR SUMMARY JUDGMENT. | .30 |

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RONEN, MELANIE L. | [redacted] | 548.00 | $ | [redacted] |
| PLGL | SMITH, LESLIE A. | [redacted] | 212.00 | $ | [redacted] |
| | | [redacted] | | | |
| TOTAL FEES | | | | $ | [redacted] |
| | | | **TOTAL STATEMENT** | $ | [redacted] |

TD AMERITRADE
[redacted]

MARCH 11, 2021
4898-85

INVOICE: 320932

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD WRIGHT

SERVICES

[redacted]

| | | | |
|---|---|---|---|
| Feb 01, 21<br>CODE: L240 | MLR | FINALIZE MOTIONS FOR FILING. | 1.70 |
| Feb 01, 21<br>CODE: L210 | LAS | FURTHER PREPARATION OF EXHIBIT A FOR OUR MOTION OF SUMMARY JUDGMENT. | .20 |

[redacted]

TD AMERITRADE
MARCH 11, 2021
INVOICE: 320932



[redacted]

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RONEN, MELANIE L. | [redacted] | 548.00 | $ | [redacted] |
| PLGL | SMITH, LESLIE A. | .30 | 212.00 | $ | 63.60 |
| | | [redacted] | | | |

TOTAL FEES $ [redacted]

DISBURSEMENTS

[redacted]

**TOTAL STATEMENT** $ [redacted]

TD AMERITRADE
[redacted]

APRIL 15, 2021
4898-85

INVOICE: 322004

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD
WRIGHT

SERVICES

[redacted]

[redacted]

[redacted]

[redacted]

| | | | |
|---|---|---|---|
| Mar 09, 21<br>CODE: L240 | MLR | REVIEW MATTHEWS' RESPONSES TO TD AMERITRADE'S VARIOUS PENDING MOTIONS. | .30 |
| Mar 09, 21<br>CODE: L110 | MLR | REVIEW ALASKA RECORDER'S OFFICE WEBSITE TO AGAIN CONFIRM THAT COMMERCIAL AFFIDAVIT IS STILL ACCESSIBLE. | .20 |

[redacted]

| | | | |
|---|---|---|---|
| Mar 10, 21<br>CODE: L240 | MLR | PREPARATION OF REPLY IN SUPPORT OF MOTION FOR CANCELLATION/DECLARATORY JUDGMENT. | 2.70 |

[redacted]

| | | | |
|---|---|---|---|
| Mar 11, 21<br>CODE: L210 | MLR | PREPARATION OF REPLY IN SUPPORT OF MOTION FOR CANCELLATION. | 1.40 |

[redacted]

| | | | |
|---|---|---|---|
| Mar 15, 21<br>CODE: L240 | MLR | FINALIZE REPLY IN SUPPORT OF CANCELLATION MOTION. | .10 |

[redacted]

[redacted]

| | | | |
|---|---|---|---|
| Mar 22, 21<br>CODE: L240 | MLR | FINALIZE REPLIES FOR FILING. | 2.00 |
| Mar 23, 21<br>CODE: L240 | MLR | REVIEW SUR-REPLY FILED BY MATTHEWS REGARDING CANCELLATION MOTION. | .10 |

[redacted]

RECAP OF HOURS:

TD AMERITRADE
APRIL 15, 2021
INVOICE: 322004



| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RONEN, MELANIE L. | [redacted] | 580.00 | $ | [redacted] |
| [redacted] | | | | | |
| | | [redacted] | | | |

TOTAL FEES $ [redacted]

**TOTAL STATEMENT** $ [redacted]

TD AMERITRADE
[redacted]

AUGUST 10, 2021
4898-85

INVOICE: 325286

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD WRIGHT

SERVICES

| | | | |
|---|---|---|---|
| Jul 22, 21<br>CODE: L250 | MLR | PREPARE PROPOSED ORDER ON MOTION FOR CANCELLATION PER COURT'S REQUEST. | .70 |
| [redacted] | | | |
| Jul 29, 21<br>CODE: L210 | MLR | REVIEW MATTHEWS' PROPOSED ORDER ON MOTION FOR CANCELLATION. | .10 |

KYL4813-6151-8581.1

TD AMERITRADE
AUGUST 10, 2021
INVOICE: 325286



RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RONEN, MELANIE L. | [redacted] | 580.00 | $ | [redacted] |
| | | [redacted] | | | |
| | TOTAL FEES | | | $ | [redacted] |
| | | | **TOTAL STATEMENT** | $ | |

KYL4813-6151-8581.1

TD AMERITRADE
[redacted]

SEPTEMBER 13, 2021
4898-85

INVOICE: 325978

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD
WRIGHT

SERVICES

| | | | |
|---|---|---|---|
| Jul 21, 21<br>CODE: L250 | MLR | REVIEW ORDER REQUESTING SUBMISSION OF PROPOSED ORDER ON MOTION FOR CANCELLATION. | .10 |
| Aug 05, 21<br>CODE: L210 | MLR | REVIEW ORDER GRANTING MOTION FOR CANCELLATION AND DECLARATORY JUDGMENT. | .10 |

[redacted]

KYL4848-8179-1738.1

| | | | |
|---|---|---|---|
| Aug 18, 21<br>CODE: L210 | MLR | PREPARATION OF MOTION FOR ATTORNEYS' FEES. | 3.00 |

[redacted]

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RONEN, MELANIE L. | [redacted] | 580.00 | $ | [redacted] |
| | | [redacted] | | | |

TOTAL FEES $ [redacted]

**TOTAL STATEMENT** $ [redacted]

KYL4848-8179-1738.1

TD AMERITRADE
[redacted]

OCTOBER 11, 2021
4898-85

INVOICE: 326643

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD
WRIGHT

SERVICES

[redacted]

| | | | |
|---|---|---|---|
| Sep 02, 21<br>CODE: L210 | MLR | EDIT JOINT MOTION TO EXTEND TIME FOR FILING MOTION FOR ATTORNEYS' FEES AND PROPOSED ORDER RE SAME. | .50 |

[redacted]

KYL4816-3499-0846.1

TD AMERITRADE
OCTOBER 11, 2021
INVOICE: 326643



[redacted]

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RONEN, MELANIE L. | [redacted] | 580.00 | $ | [redacted] |
| | | [redacted] | | | |

| | | |
|---|---|---|
| TOTAL FEES | $ | [redacted] |
| **TOTAL STATEMENT** | $ | |

KYL4816-3499-0846.1

TD AMERITRADE
[redacted]

JULY 12, 2022
4898-85

INVOICE: 334800

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE: MATTHEWS, JAMES RICHARD WRIGHT

SERVICES

[redacted]

| | | | |
|---|---|---|---|
| Jun 15, 22<br>CODE: L160 | MLR | EXCHANGE WITH MR. HAWES REGARDING [redacted] | .10 |
| Jun 21, 22<br>CODE: L460 | MLR | REVIEW BILLING STATEMENTS AND PREPARE ESTIMATE OF ATTORNEYS' FEES INCURRED SPECIFICALLY RELATED TO CANCELLATION OF BOGUS LIEN; EXCHANGE WITH MR. MANN AND MR. HAWES [redacted] | 1.70 |

KYL4881-6121-8857.1

[redacted]

| | | | |
|---|---|---|---|
| Jun 22, 22<br>CODE: L460 | MLR | PREPARATION OF MOTION FOR ATTORNEYS' FEES. | .80 |
| Jun 27, 22<br>CODE: L460 | MLR | PREPARATION OF MOTION FOR ATTORNEYS' FEES. | .40 |

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|---|---|---|---|---|---|
| PTNR | RONEN, MELANIE L. | [redacted] | 639.00 | $ | [redacted] |
| | | [redacted] | | | |

| | | |
|---|---|---|
| TOTAL FEES | $ | [redacted] |
| **TOTAL STATEMENT** | $ | |

KYL4881-6121-8857.1