YALE H. METZGER, AKSB No. 9512082
MELANIE L. RONEN, *Pro Hac Vice*
KEESAL, YOUNG& LOGAN
101 E. 9th Avenue, Suite 7A
Anchorage, AK  99501-3651
Telephone:   (907) 279-9696
Facsimile:   (562) 436-7416
Email: yale.metzger@kyl.com
Email: melanie.ronen@kyl.com

MICHAEL HAWES, *Pro Hac Vice*
BRAD BOWLING, *Pro Hac Vice*
BRANDON CHEN, *Pro Hac Vice*
BAKER BOTTS LLP
One Shell Plaza, 910 Louisiana Street
Houston, TX  77002-4995
Telephone:   (713) 229-1234
Facsimile:   (713) 229-1522
Email: michael.hawes@bakerbotts.com
Email: brad.bowling@bakerbotts.com
Email: brandon.chen@bakerbotts.com

Attorneys for Plaintiffs
TD AMERITRADE, INC., TD AMERITRADE HOLDING
CORPORATION, TD AMERITRADE IP COMPANY, INC.
and TD AMERITRADE SERVICES COMPANY, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC. and TD AMERITRADE SERVICES COMPANY, INC.,<br><br>                        Plaintiff,<br><br>v.<br><br>JAMES RICHARD MATTHEWS,<br>                        Defendant. | Case No. 3:16-cv-00136-SLG |

## **TD AMERITRADE'S RENEWED MOTION FOR ATTORNEYS' FEES**

Pursuant to LR 54.2, Fed. R. Civ. P. 54(d)(2), AS 09.45.164(c), and AS 09.45.167(a), Plaintiffs TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC. and TD AMERITRADE SERVICES COMPANY, INC. ("Plaintiffs" or "TD Ameritrade") submit this renewed motion for an award of attorneys' fees against Defendant James Richard Matthews ("Defendant" or "Matthews").[1]

## I. INTRODUCTION

TD Ameritrade filed a complaint against Matthews seeking the cancellation of false and fraudulent lien documents recorded by Matthews in 2015. In response, Matthews asserted numerous meritless counterclaims against TD Ameritrade, which TD Ameritrade was forced to litigate during the course of the last six years. In the end, Matthews' counterclaims were dismissed and denied, and his fraudulent lien documents were cancelled and declared null, void, and of no legal effect. TD Ameritrade incurred costly legal fees to get to the rightful conclusion of this long saga. It now seeks to recover a small fraction of those fees which were incurred to enforce its rights under AS 09.45.164 and AS 09.45.167.

---

[1] On October 4, 2022, the Court denied TD Ameritrade's previous motion without prejudice to the filing of a renewed motion that includes evidence that the fees charged are in line with those prevailing in the community for similar services. Dkt. No. 253.

TD AMERITRADE'S MOTION FOR ATTORNEYS' FEES
*TD AMERITRADE, INC., et al. vs. JAMES RICHARD MATTHEWS*
Case No.: 3:16-cv-00136-SLG                                                                 Page 2 of 8

KYL4872-7891-0266.1

Case 3:16-cv-00136-SLG   Document 254   Filed 10/18/22   Page 2 of 8

As set forth below, TD Ameritrade respectfully requests this Court award TD Ameritrade its reasonable attorneys' fees in the amount of $42,429.55, which were incurred in connection with its cancellation of the invalid nonconsensual common law lien recorded by Matthews in 2015.

## II. RELEVANT FACTS

Between July and December 2015, Matthews sent multiple documents to TD Ameritrade making meritless claims against it for billions of dollars and including a fabricated security interest in TD Ameritrade's property. Dkt. 004 (First Amended Complaint) at ¶ 14, Ex. C; Dkt. 098 (Third Amended Answer) at ¶ 14. TD Ameritrade advised Matthews he was not authorized to file "any purported lien document with office, recorder or registrar of any federal, state, county, local, or foreign government or agency." Dkt. 004 at ¶¶ 17 and 20, Exs. D & E; Dkt. 098 at ¶¶ 17 & 20. Nevertheless, on September 15, 2015, Matthews recorded numerous documents in the Anchorage Recording District reflecting a meritless claim by Matthews against TD Ameritrade for hundreds of billions of dollars and a false security interest in TD Ameritrade's property for that amount.[2] Dkt. 004 at ¶ 21, Ex. F; Dkt. 098 at ¶ 21; Dkt 198, Ex A & Ex. B.

---

[2] The documents recorded by Matthews on September 15, 2015, identified as instrument No. 2015-041938-0, are collectively referred to as the "Recorded Documents."

TD AMERITRADE'S MOTION FOR ATTORNEYS' FEES
*TD AMERITRADE, INC., et al. vs. JAMES RICHARD MATTHEWS*
Case No.: 3:16-cv-00136-SLG                                                            Page 3 of 8
KYL4872-7891-0266.1

Case 3:16-cv-00136-SLG   Document 254   Filed 10/18/22   Page 3 of 8

On June 27, 2016, TD Ameritrade initiated this action seeking cancellation of the Recorded Documents pursuant to AS 09.45.164 and AS 09.45.167 and an order declaring the Recorded Documents and other purported liens and security interests "null, void and of no legal effect." Dkts. 001& 004. On February 1, 2021, TD Ameritrade filed a motion pursuant to Rule 56(a) of the Federal Rules of Civil Procedure seeking to cancel instruments pursuant to AS 09.45.164 and AS 09.45.167, and for declaratory judgment against Matthews. Dkt. 198. On August 5, 2021, the Court granted TD Ameritrade's motion. Dkt. 237. TD Ameritrade now seeks to recover the attorneys' fees that Matthews' actions caused it to incur to enforce its rights under AS 09.45.164 and AS 09.45.167.

## III. ARGUMENT

Matthews is liable to TD Ameritrade for its costs and attorneys' fees. A person recording a nonconsensual common law lien ("NCCL") is liable for actual and punitive damages, as well as costs and attorneys' fees. AS § 09.45.167(a). "If the court determines that the claim of nonconsensual common law lien is invalid, the court **shall** issue an order releasing the claim of lien and awarding costs and actual reasonable attorney fees to the party making the request." AS § 09.45.164(c).

///

TD AMERITRADE'S MOTION FOR ATTORNEYS' FEES
*TD AMERITRADE, INC., et al. vs. JAMES RICHARD MATTHEWS*
Case No.: 3:16-cv-00136-SLG                                Page 4 of 8
KYL4872-7891-0266.1

Case 3:16-cv-00136-SLG   Document 254   Filed 10/18/22   Page 4 of 8

This Court determined that the Recorded Documents constitute an invalid NCCL. (Dkt No 237 at 5.) This Court also already rejected Matthews' assertion that no costs should be awarded because of TD Ameritrade's failure to resolve the matter without court intervention. (Dkt. No. 237 at 6-7). Accordingly, pursuant to the plain language of AS 09.45.164(c) and AS 09.45.167(a), this Court must award actual reasonable attorneys' fees to TD Ameritrade.

As stated in the Declaration of Melanie L. Ronen ("Ronen Decl.") filed concurrently herewith, TD Ameritrade incurred actual reasonable attorneys' fees in the amount of $42,429.55 in connection with its initial investigation into the bogus lien filed by Matthews, the Complaint and First Amended Complaint, the later recorded documents, discovery related to the bogus lien, the Motion for Cancellation and Declaratory Judgment and related documents, and this Motion for Attorneys' Fees. (Ronen Decl., ¶¶ 2-6.)

TD Ameritrade's reasonable attorneys' fees includes fees for six timekeepers. (Ronen Decl., ¶¶ 2-3.) Three of those timekeepers were located in Alaska and licensed by the Alaska State Bar. (Ronen Decl., ¶ 7.) The other three timekeepers include one California attorney and two California paralegals. (Ronen Decl., ¶¶ 8-9.) TD Ameritrade must demonstrate the fees charged by its out-of-state attorney, Melanie Ronen, are in line with those charged by local attorneys. *See Nautilus Marine Enters.*

TD AMERITRADE'S MOTION FOR ATTORNEYS' FEES
*TD AMERITRADE, INC., et al. vs. JAMES RICHARD MATTHEWS*
Case No.: 3:16-cv-00136-SLG                                                                 Page 5 of 8
KYL4872-7891-0266.1

Case 3:16-cv-00136-SLG   Document 254   Filed 10/18/22   Page 5 of 8

*Inc. v. Exxon Mobil Corp.*, 332 P.3d 554, 559 (Alaska 2014); 2014 Alas. LEXIS 172; Dkt. 253.

As set forth in the concurrently filed Declaration of Melanie L. Ronen, the hourly rate charged in 2016 by Alaska attorney and KYL Shareholder at the time, Herbert Ray, was $467.50. (Ronen Decl., ¶¶ 2, 7.) California attorney and Keesal, Young and Logan Shareholder Melanie Ronen's hourly rates ranged from $548 - $639 during the period 2018 – 2022. (Ronen Decl., ¶¶ 2-3.) Alaska attorney and Keesal, Young and Logan Of Counsel, Yale Metzger, charged the same hourly rate as Ms. Ronen in 2019. (Ronen Decl., ¶¶ 2, 11.) Further, according to the 2018 U.S. Consumer Law Attorney Fee Survey, the median metropolitan rate for all attorneys in Alaska (in 2018) was $400. (Ronen Decl., Ex. D.) The 95% median attorney rate for all attorneys in Alaska (in 2018) was $500. *Id.* The fees charged by Ms. Ronen are in-line with these statistics, taking into account her experience and reasonable increases since 2018.[3] Accordingly, the fees requested by TD Ameritrade for its out-of-state attorney are in line with those customarily charged in the locality for similarity services.

Pursuant to AS 09.45.164(c) and AS 09.45.167(a), TD Ameritrade is entitled to recover these fees.

---

[3] An attorney's experience in other states may be relevant in determining reasonable fees in an Alaska case. *See Rusch v. Southeast Alaska Reg'l Health Consortium*, 453 P.3d 784, 799 (Alaska 2019).

TD AMERITRADE'S MOTION FOR ATTORNEYS' FEES
*TD AMERITRADE, INC., et al. vs. JAMES RICHARD MATTHEWS*
Case No.: 3:16-cv-00136-SLG                                                                 Page 6 of 8

KYL4872-7891-0266.1

Case 3:16-cv-00136-SLG   Document 254   Filed 10/18/22   Page 6 of 8

## IV. CONCLUSION

TD Ameritrade respectfully requests the Court award its actual and reasonable attorneys' fees in the amount of $42,429.55.

Respectfully submitted,

DATED: October , 2022

KEESAL, YOUNG & LOGAN
Attorneys for Plaintiffs
TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC. and TD AMERITRADE SERVICES COMPANY, INC.

/s/ Melanie L. Ronen
YALE H. METZGER, AKSB No. 9512082
MELANIE L. RONEN, *Pro Hac Vice*
101 E. 9th Avenue, Suite 7A
Anchorage, AK 99501-3651
Telephone: (907) 279-9696
Facsimile: (562) 436-7416
Email: yale.metzger@kyl.com
melanie.ronen@kyl.com

BAKER BOTTS LLP
Attorneys for Plaintiffs
TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC. and TD AMERITRADE SERVICES COMPANY, INC.

/s/ Michael Hawes
MICHAEL HAWES, *Pro Hac Vice*
BRAD BOWLING, *Pro Hac Vice*
BRANDON CHEN, *Pro Hac Vice*
One Shell Plaza, 910 Louisiana Street
Houston, TX 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522
E mail: michael.hawes@bakerbotts.com
brad.bowling@bakerbotts.com
brandon.chen@bakerbotts.com

TD AMERITRADE'S MOTION FOR ATTORNEYS' FEES
*TD AMERITRADE, INC., et al. vs. JAMES RICHARD MATTHEWS*
Case No.: 3:16-cv-00136-SLG                                                                 Page 7 of 8

KYL4872-7891-0266.1

Case 3:16-cv-00136-SLG   Document 254   Filed 10/18/22   Page 7 of 8

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022 I caused a true and correct copy of the foregoing document to be served electronically via CM/ECF in accordance with the Court's electronic filing procedures on the following:

Vincent J. D'Elia
D'Elia & McCarthy
574 Newark Avenue
Jersey City, NJ 07306
vjd@deliamccarthy.com

Michael Hawes
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
michael.hawes@bakerbotts.com

Brandon Chen
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
brandon.chen@bakerbotts.com


/s/ Pam Lopez
Pam Lopez

TD AMERITRADE'S MOTION FOR ATTORNEYS' FEES
*TD AMERITRADE, INC., et al. vs. JAMES RICHARD MATTHEWS*
Case No.: 3:16-cv-00136-SLG                                                                 Page 8 of 8

KYL4872-7891-0266.1