YALE H. METZGER, AKSB No. 9512082
MELANIE L. RONEN, *Pro Hac Vice*
Keesal, Young & Logan
400 Oceangate, Suite 1400
Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

MICHAEL HAWES, *Pro Hac Vice*
BRAD BOWLING, *Pro Hac Vice*
BRANDON CHEN, *Pro Hac Vice*
BAKER BOTTS LLP
One Shell Plaza, 910 Louisiana Street
Houston, TX 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522
Email: michael.hawes@bakerbotts.com
Email: brad.bowling@bakerbotts.com
Email: brandon.chen@bakerbotts.com

Attorneys for Plaintiffs
TD AMERITRADE, INC., TD AMERITRADE HOLDING
CORPORATION, TD AMERITRADE IP COMPANY, INC.
and TD AMERITRADE SERVICES COMPANY, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC. and TD AMERITRADE SERVICES COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES RICHARD MATTHEWS, <br><br> Defendant. | Case No. 3:16-cv-00136-SLG |

## <u>DECLARATION OF MELANIE L. RONEN IN SUPPORT OF TD AMERITRADE'S RENEWED MOTION FOR ATTORNEYS' FEES</u>

KYL4868-3202-0794.1

I, Melanie L. Ronen, declare as follows:

1.     I am an attorney employed with the law firm of Keesal, Young & Logan, counsel for Plaintiffs TD Ameritrade, Inc., TD Ameritrade Holding Corporation, TD Ameritrade IP Company, Inc. and TD Ameritrade Services Company, Inc. ("Plaintiffs" or "TD Ameritrade") in this matter.  I make this Declaration based upon my personal knowledge.

2.     TD Ameritrade incurred the following attorneys' fees and paralegal fees in connection with the cancellation of the bogus lien filed by Defendant James Richard Matthews ("Matthews") pursuant to AS 09.45.164 and AS 09.45.167, which have been billed by Keesal, Young & Logan:

| Professional | Recap of Hours | Time Period | Rate | Fees Billed |
|---|---|---|---|---|
| Courtney Collins (associate) | 33.50 | 4/2016-9/2016 | $284.75 | $9,539.13 |
| Herbert Ray (shareholder) | 1.20 | 5/2016-9/2016 | $467.50 | $561.00 |
| Zachary Berne (associate) | 1.10 | 11/2018-1/2019 | $284.75 | $313.22 |
| Melanie Ronen (shareholder) | 29.90 | 8/2019-2/2021 | $548 | $16,385.20 |
| Melanie Ronen (shareholder) | 11.30 | 3/2021-9/2021 | $580 | $6,554.00 |
| Melanie Ronen (shareholder) | 3.00 | 6/2022 | $639 | $1,917.00 |
| Leslie Smith (paralegal) | .50 | 1/2021-2/2021 | $212 | $106.00 |
| | | | **Total Fees Billed:** | **$35,375.55** |

///

///

///

*RONEN DECL ISO MOTION FOR ATTORNEYS' FEES*
*TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC.*
*and TD AMERITRADE SERVICES COMPANY, INC. vs. JAMES RICHARD MATTHEWS*
Case No.:  3:16-cv-00136-SLG                                                                 Page 2 of 6

KYL4868-3202-0794.1

3. TD Ameritrade has incurred the following additional fees in July 2022 in connection with TD Ameritrade's concurrently filed Motion for Attorneys' Fees that have not yet been billed by Keesal, Young & Logan:

| Professional | Recap of Hours | Rate | Fees to be Billed |
|---|---|---|---|
| Melanie Ronen | 8.4 | $639 | $5,367.60 |
| Melanie Sharpe (paralegal) | 6.8 | $248 | $1,686.40 |
| **Total Fees Incurred But Not Yet Billed:** | | | **$7,054.00** |

4. TD Ameritrade has incurred attorneys' fees in the amount of **$42,429.55** in connection with the initial investigation into the bogus lien filed by Matthews, the Complaint and First Amended Complaint, the later recorded documents, discovery related to the bogus lien, the Motion for Cancellation and Declaratory Judgment and related documents, and the concurrently filed Motion for Attorneys' Fees.

5. The work performed by Keesal, Young & Logan in connection with the initial investigation into the bogus lien filed by Matthews, the Complaint and First Amended Complaint, the later recorded documents, discovery related to the bogus lien, the Motion for Cancellation and Declaratory Judgment and related documents, and the concurrently filed Motion for Attorneys' Fees is described in the attached invoices (redacted to protect confidential attorney-client communications) attached as Exhibit A hereto.

///

///

///

*RONEN DECL ISO MOTION FOR ATTORNEYS' FEES*
*TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC. and TD AMERITRADE SERVICES COMPANY, INC. vs. JAMES RICHARD MATTHEWS*
Case No.: 3:16-cv-00136-SLG                                                                 Page 3 of 6

KYL4868-3202-0794.1

6.     The time charged by me and my Keesal, Young & Logan colleagues, as set forth in the invoices attached hereto, was necessary and reasonable in connection with TD Ameritrade's efforts to cancel the bogus lien filed by Matthews pursuant to AS 09.45.164 and AS 09.45.167.

7.     Former Keesal, Young & Logan attorneys Herbert Ray, Courtney Collins, and Zachary Berne were all Alaska licensed attorneys practicing in Anchorage, Alaska at the time the above fees were incurred.

8.     Leslie Smith and Melanie Sharpe were paralegals employed with Keesal, Young & Logan and practicing in Long Beach , California at the time the above fees were incurred.

9.     I am a Shareholder of Keesal, Young & Logan and have been licensed to practice since 2002.  I am licensed to practice in California and Washington, and was practicing in Long Beach, California at the time the above fees were incurred.  A true and correct copy of Ms. Ronen's bio is attached as Exhibit B.

10.     Yale Metzger is Of Counsel with Keesal, Young & Logan.  He is an Alaska licensed attorney practicing in Anchorage, Alaska.  He has been licensed to practice since 1995.  A true and correct copy of Mr. Metzger's bio is attached as Exhibit C.

11.     While not incurred in connection with TD Ameritrade's motion to cancel the bogus lien recorded by Matthews, Mr. Metzger also performed work on this matter in 2019, which was billed at the hourly rate of $548.

///


///

*RONEN DECL ISO MOTION FOR ATTORNEYS' FEES*
*TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC.*
*and TD AMERITRADE SERVICES COMPANY, INC. vs. JAMES RICHARD MATTHEWS*
Case No.:  3:16-cv-00136-SLG                                                    Page 4 of 6

KYL4868-3202-0794.1

12.     A true and correct copy of portions of 2018 U.S. Consumer Law Attorney Fee Survey pertaining to Alaska is attached hereto as Exhibit D.  I accessed the full survey at http://www.attorneyfeestudy.com/.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED at Long Beach, California this 18th day of October 2022.

_____
MELANIE L. RONEN

*RONEN DECL ISO MOTION FOR ATTORNEYS' FEES*
*TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC.*
*and TD AMERITRADE SERVICES COMPANY, INC. vs. JAMES RICHARD MATTHEWS*
Case No.:  3:16-cv-00136-SLG                                                                Page 5 of 6

KYL4868-3202-0794.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022,
I caused a true and correct copy of the
foregoing document to be served
electronically via CM/ECF in accordance with
the Court's electronic filing procedures on the
following:

Vincent J. D'Elia, Esq.
Edwin L. Eubank, Paralegal
574 Newark Avenue
Jersey City, NJ  07306
vjd@deliamccarthy.com;
elbank@bellsouth.net

Michael Hawes, Esq.
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
michael.hawes@bakerbotts.com

Bradley Bowling, Esq.
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
brandon.chen@bakerbotts.com

Brandon Chen, Esq.
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
brandon.chen@bakerbotts.com


/s/ Pam Lopez
Pam Lopez

*RONEN DECL ISO MOTION FOR ATTORNEYS' FEES*
*TD AMERITRADE, INC., TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE IP COMPANY, INC.*
*and TD AMERITRADE SERVICES COMPANY, INC. vs. JAMES RICHARD MATTHEWS*
Case No.:  3:16-cv-00136-SLG                                                                          Page 6 of 6

KYL4868-3202-0794.1

# Exhibit A

TD AMERITRADE
ATTN: ACCOUNTS PAYABLE
████████████████████████

INVOICE: 281315

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:        MATTHEWS, JAMES RICHARD
            WRIGHT

SERVICES

████████████████████████████████████████████████████

| Date | | Description | Hours |
|------|-----|-------------|-------|
| Apr 26, 16 | CLC | REVIEW FILE PROVIDED BY CLIENT. CONTINUE ONLINE RESEARCH RE SOURCES POSSIBLY USED BY JAMES MATTHEWS. PREPARE MEMO RE ████████ UPDATE RESEARCH ON RECORDED DOCUMENTS. | 5.10 |
| Apr 28, 16 | CLC | CONTINUE REVIEWING FILE AND DOCUMENTS SENT BY JAMES MATTHEWS. CREATE TIMELINE OF EVENTS BASED ON FILE REVIEW. WORK ON SELECTING EXHIBITS TO COMPLAINT. WORK ON COMPLAINT. | 3.40 |

TD AMERITRADE
JULY 27, 2016
INVOICE:          281315

Page 2

| Apr 29, 16 | CLC | CONTINUE WORKING ON COMPLAINT AND SELECTING DOCUMENTS AS SUPPORTING EXHIBITS. CONSIDER DIVERSITY AS JURISDICTIONAL BASIS AND ANCHORAGE AS VENUE FOR FILING. BRIEFLY REVIEW ALASKA STATUTES ON NONCONSENSUAL COMMON LAW LIENS. | 3.20 |
| Apr 30, 16 | CLC | RESEARCH RE DECLARATORY RELIEF ACT, ANALOGOUS CASES INVOLVING SIMILAR FILINGS AND RECORDINGS, AND FOR CASES INTERPRETING ALASKA STATUTE AND ANALOGOUS STATUTES FROM OTHER STATES RE NONCONSENSUAL COMMON LAW LIEN. WORK ON COMPLAINT AND SUPPORTING EXHIBITS. PREPARE EMAIL ████ TO CLIENT. | 6.80 |
| May 10, 16 | CLC | PROVIDE ███████████████████ ████ TO IN HOUSE COUNSEL. | .20 |
| May 26, 16 | HHR | REVIEW DRAFT COMPLAINT AND CONFER WITH MS. COLLINS RE ████ | .40 |
| May 26, 16 | CLC | CONFER WITH MR. RAY RE ████████████ | .50 |
| May 27, 16 | CLC | REVISE COMPLAINT AND ADD INJUNCTIVE RELIEF CAUSE OF AC███████████ MR. RAY RE ████ SEND ████████████ TO IN HOUSE COUNSEL. | 1.60 |
| Jun 17, 16 | CLC | REVIEW EXHIBITS FOR ACCURACY. INSTRUCT LITIGATION ASSISTANT TO MARK FOR COMPLAINT. COORDINATE WITH LITIGATION ASSISTANT RE TECHNICAL ISSUES WITH DOCUMENTS AS PROVIDED BY CLIENT. | .60 |

TD AMERITRADE
JULY 27, 2016
INVOICE:          281315

Page 3
Jun 24, 16      CLC     FINALIZE EXHIBITS AND EDIT COMPLAINT.                    1.40
                        INSTRUCT LITIGATION ASSISTANT RE FILING.



TD AMERITRADE
JULY 27, 2016
INVOICE:          281315

Page 4

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|-------|--------------|-----|-------------|---|------|
| PTNR | RAY, HERBERT H. JR. | | 467.50 | $ | ███ |
| ASSOC | COLLINS, COURTNEY L. | | 284.75 | $ | |

FEES:                                              $  ███
LESS 15%:

TOTAL FEES                                   $  ███

DISBURSEMENTS

                                    TOTAL STATEMENT  $  ███

TD AMERITRADE



AUGUST 18, 2016
4898-85

INVOICE: 281828

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:      MATTHEWS, JAMES RICHARD
         WRIGHT

SERVICES

Jul 15, 16    CLC                                             4.10

WORK ON AMENDED
COMPLAINT.

TD AMERITRADE
AUGUST 18, 2016
INVOICE:        281828

Page 2

| Jul 28, 16 | HHR | CONFER WITH MS. COLLINS RE ███████ | .30 |
| Jul 28, 16 | CLC | WORK ON EDITS TO AMENDED COMPLAINT. | 1.60 |

███████ PROVIDE

███████ TO CLIENT ███████

███████

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|-------|-------------|-----|-------------|---|------|
| PTNR | RAY, HERBERT H. JR. | .30 | 467.50 | $ | 140.25 |
| ASSOC | COLLINS, COURTNEY L. | ███ | 284.75 | $ | ███ |
| | | ███ | | | |

FEES:                                                    $   ███
LESS 15%:

TOTAL FEES                                               $   ███

                              TOTAL STATEMENT  $   ███

TD AMERITRADE



OCTOBER 20, 2016
4898-85

INVOICE: 283652

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:      MATTHEWS, JAMES RICHARD
          WRIGHT

SERVICES



| Sep 01, 16 | CLC | | .40 |
|---|---|---|---|
| Sep 07, 16 | HHR | REVIEW DRAFT AMENDED COMPLAINT AND EMAIL ████████ TO MS. COLLINS. | .50 |

| Sep 07, 16 | CLC | FINALIZE DRAFT AMENDED COMPLAINT ▮▮▮ ▮▮▮ O CLIENT ▮▮▮▮▮▮ | .60 |
| Sep 09, 16 | CLC | FINALIZE COMPLAINT AND EXHIBITS FOR REDACTION OR FILING. INSTRUCT LITIGATION ASSISTANT RE FILING. | 1.70 |



| Sep 19, 16 | CLC | REVIEW RESEARCH RE ADDRESSES FOR SERVICE ON DEFENDANT. | .40 |



| Sep 27, 16 | CLC | REVIEW AND EDIT DRAFT SUMMONSES. | .30 |
| Sep 27, 16 | CLC | RECEIVE AND REVIEW COURT-ISSUED SUMMONSES. | .20 |

TD AMERITRADE
OCTOBER 20, 2016
INVOICE:          283652

Page 3

| Sep 28, 16 | CLC | DRAFT DECLARATION AND MOTION REQUESTING EXTENSION OF TIME FOR SERVICE OF AMENDED COMPLAINT. | 1.40 |
|------------|-----|------|------|

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|-------|--------------|-----|-------------|---|------|
| PTNR | RAY, HERBERT H. JR. | .50 | 467.50 | $ | 233.75 |
| ASSOC | COLLINS, COURTNEY L. | ███ | 284.75 | $ | ████ |
| | | ███ | | | |

|  |  |  |
|--|--|--|
| FEES: | $ | ████ |
| LESS 15%: | | |
| TOTAL FEES | $ | ████ |

DISBURSEMENTS

█████████████████████████

████████████                                    ████

**TOTAL STATEMENT**  $  ████

TD AMERITRADE



DECEMBER 15, 2017
4898-85

INVOICE: 293540

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:        MATTHEWS, JAMES RICHARD
                WRIGHT

SERVICES



TD AMERITRADE
DECEMBER 15, 2017
INVOICE:                293540

Page 2



TD AMERITRADE
DECEMBER 15, 2017
INVOICE:          293540

Page 3



| Nov 30, 17 | ZTB | SEARCH ALASKA RECORDER'S WEBSITE FOR NEW RECORDINGS BY MATTHEWS, REVIEW CORRECTED FILING AT DOC. NO. 72 REGARDING NEW LIEN FILED BY MATTHEWS, REVIEW CASE DATA AND NET DOCS FOR PRIOR RECORDINGS/ LIENS, COMPARE SAME AGAINST ASSIGNMENT OF TITLE RECORDED IN OCTOBER 2016, DRAFT EMAIL TO M. RONEN | .70 |
| Nov 30, 17 | ZTB | DISCUSS ███████████ WITH B. RAY | .20 |

RECAP OF HOURS:



| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | FEES |
|---|---|---|---|---|
| ASSO | BERNE, ZACHARY T. | 1.50 | 284.75 | $ 427.12 |

FEES:                                            $ ████████
LESS 15%:

TOTAL FEES                                  $ ████████

**TOTAL STATEMENT** $ ████████

TD AMERITRADE



JANUARY 19, 2018
4898-85

INVOICE: 294178

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:      MATTHEWS, JAMES RICHARD
          WRIGHT

SERVICES

Dec 01, 17     ZTB    REVIEW ALASKA RECORDER'S WEBSITE FOR      .10
                        NEW LIEN FILINGS BY MATTHEWS

TD AMERITRADE
JANUARY 19, 2018
INVOICE:                294178

Page 2

TD AMERITRADE
JANUARY 19, 2018
INVOICE:                294178

Page 3



TD AMERITRADE
JANUARY 19, 2018
INVOICE:                294178

Page 4



TD AMERITRADE
JANUARY 19, 2018
INVOICE:                294178

Page 5



TD AMERITRADE
JANUARY 19, 2018
INVOICE:              294178

Page 6



TD AMERITRADE
JANUARY 19, 2018
INVOICE:              294178

Page 7

RECAP OF HOURS:



| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | FEES |
|-------|--------------|-----|-------------|------|
| ████ | ████████████ | ██ | | ████ |
| ASSO | | ██ | 284.00    $ | ████ |
| | | ██ | | |

|  | TOTAL FEES | | $ | ████ |
|---|-----------|---|---|------|
| | **TOTAL STATEMENT** | | $ | ████ |

TD AMERITRADE

**[REDACTED]**

FEBRUARY 15, 2018
4898-85

INVOICE: 294603

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:      MATTHEWS, JAMES RICHARD
          WRIGHT

SERVICES

| Jan 02, 18 | ZTB | RESEARCH AND REVIEW ALASKA DNR RECORDER'S OFFICE WEBSITE FOR NEW LIEN RECORDINGS BY MATTHEWS, AS CLAIMED IN CORRECTED SECOND AMENDED ANSWER AND CROSSCLAIMS | .10 |

**[REDACTED]**

**[REDACTED]**

TD AMERITRADE
FEBRUARY 15, 2018
INVOICE:              294603

Page 3

TD AMERITRADE
FEBRUARY 15, 2018
INVOICE:                294603

Page 4

TD AMERITRADE
FEBRUARY 15, 2018
INVOICE:          294603

Page 5



RECAP OF HOURS:

| CLASS | PROFESSIONAL | | HRS | RATE (EFF.) | | FEES |
|-------|--------------|---|-----|-------------|---|------|
| ASSO |  | | | 284.00 | $ | |
| | | | | | | |
| TOTAL FEES | | | | | $ | |
| **TOTAL STATEMENT** | | | | | $ | |

TD AMERITRADE



SEPTEMBER 13, 2019
4898-85

INVOICE: 307090

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:     MATTHEWS, JAMES RICHARD
         WRIGHT

SERVICES



TD AMERITRADE
SEPTEMBER 13, 2019
INVOICE:          307090

Page 2

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

Aug 14, 19      MLR     PREPARATION OF SECOND SET OF REQUESTS          .20
CODE: L310              FOR ADMISSIONS.

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

TD AMERITRADE
SEPTEMBER 13, 2019
INVOICE:          307090

Page 3

Aug 19, 19     MLR     PREPARATION OF SECOND SET OF REQUESTS          1.60
CODE: L310              FOR ADMISSIONS.

████████████████████████████████

| Aug 23, 19 | MLR | REVIEW ADDITIONAL DRAFT RFAS AND INTERROGATORIES. | .10 |
| CODE: L310 | | | |

| Aug 23, 19 | MLR | REVIEW CLIENTS' COMMENTS/EDITS TO DRAFT DISCOVERY. | .20 |
| CODE: L310 | | | |

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

| Aug 28, 19 | MLR | FINALIZE DISCOVERY. | 1.90 |
| CODE: L310 | | | |

TD AMERITRADE
SEPTEMBER 13, 2019
INVOICE:          307090

Page 5

Aug 28, 19       MLR     FINAL EDITS TO DISCOVERY PRIOR TO SERVICE.          .20
CODE: L310

TD AMERITRADE
SEPTEMBER 13, 2019
INVOICE:         307090

Page 6     ████████████

████████████████████████████████████████

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|-------|--------------|-----|-------------|---|------|
| PTNR | RONEN, MELANIE L. | ████ | 548.00 | $ | ████ |
| | | ████ | | | |
| TOTAL FEES | | | | $ | ████████ |

DISBURSEMENTS

████████████████████████████████

████████████████████████████████████

**TOTAL STATEMENT** $   ████████

TD AMERITRADE



NOVEMBER 12, 2019
4898-85

INVOICE: 308494

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:      MATTHEWS, JAMES RICHARD
             WRIGHT

SERVICES



TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:          308494

Page 3



TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:          308494

Page 4

Oct 15, 19       MLR      RESEARCH REGARDING ADDITIONAL CLAIMS IN          .30
CODE: L120               LIGHT OF MATTHEWS' ADMISSIONS HE SIGNED

TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:          308494

Page 5

LIEN WITHOUT AUTHORIZATION.



Oct 16, 19          MLR     CLOSE COMPARISON OF RFA AND                    1.50
CODE: L310                  INTERROGATORY RESPONSES WITH THIRD
                            AMENDED ANSWER AND THIRD AMENDED
                            COUNTERCLAIM.

| Oct 16, 19 | MLR | RESEARCH REGARDING ALASKA STATUTES REGARDING NON-CONSENSUAL COMMON LAW LIENS AND STRATEGY IN LIGHT OF RECENT ADMISSIONS BY MATTHEWS. | 1.00 |
|---|---|---|---|

CODE: L120



Oct 17, 19    MLR                                          G       .30
CODE: L120

TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:          308494

TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:          308494

Page 8

███████████████████████████████████████████████████

███████████████████████████████████████████████████

Oct 18, 19        MLR     GATHER DEPOSITION EXHIBITS.                      .30
CODE: L330

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:          308494

Page 9



TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:          308494

Page 10

TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:          308494

Page 11

TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:          308494

Page 12



TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:          308494

Page 13

TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:          308494

Page 14

TD AMERITRADE
NOVEMBER 12, 2019
INVOICE:        308494

███████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|-------|--------------|-----|-------------|---|------|
| PTNR | RONEN, MELANIE L. | ███ | 548.00 | $ | ███ |
| ██████████████████████████████████████████████████████████████████ |

                                                    ██████

                    TOTAL FEES                              $  ████████

DISBURSEMENTS

              ████████████████████████████████████████████

          ████████████████████████████████████████████████████████████

                                        **TOTAL STATEMENT**  $   ████████

TD AMERITRADE


DECEMBER 05, 2019
4898-85

INVOICE: 309106

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:      MATTHEWS, JAMES RICHARD
            WRIGHT

SERVICES



TD AMERITRADE
DECEMBER 05, 2019
INVOICE:        309106



TD AMERITRADE
DECEMBER 05, 2019
INVOICE:        309106

Page 3

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

Nov 08, 19      MLR    REVIEW MATTHEWS' DEPOSITION.               1.00
CODE: L330

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

TD AMERITRADE
DECEMBER 05, 2019
INVOICE:        309106

Page 4



TD AMERITRADE
DECEMBER 05, 2019
INVOICE:        309106

Page 5

Nov 13, 19      MLR    REVIEW MATTHEWS' DEPOSITION.                    .30
CODE: L330

TD AMERITRADE
DECEMBER 05, 2019
INVOICE:        309106

Page 6



███████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | FEES |
|-------|--------------|-----|-------------|------|
| PTNR | RONEN, MELANIE L. | ██ | 548.00 | $ ███ |

███████████████████████████████████████

███

TOTAL FEES                              $ ███████

DISBURSEMENTS

███████████████████████████████████

TD AMERITRADE
DECEMBER 05, 2019
INVOICE:          309106

Page 8

**TOTAL STATEMENT**  $

TD AMERITRADE



FEBRUARY 09, 2021
4898-85

INVOICE: 319971

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:    MATTHEWS, JAMES RICHARD
         WRIGHT

SERVICES

| Jan 21, 21 CODE: L210 | MLR | PREPARATION MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE CLAIM. | .90 |
| Jan 24, 21 CODE: L240 | MLR | PREPARATION OF MOTION FOR SUMMARY JUDGMENT ON TD AMERITRADE'S AFFIRMATIVE CLAIMS. | 1.60 |
| Jan 26, 21 | MLR | PREPARATION OF MOTION FOR SUMMARY | 1.70 |

TD AMERITRADE
FEBRUARY 09, 2021
INVOICE:          319971

Page 2
CODE: L240              JUDGMENT.

| Jan 27, 21 CODE: L240 | MLR | PREPARATION OF MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE CLAIMS. | 8.50 |
| Jan 28, 21 CODE: L240 | MLR | PREPARATION OF MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE CLAIMS. | 5.20 |
| Jan 29, 21 CODE: L210 | MLR | EDIT MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE CLAIMS. | 1.40 |

| Jan 29, 21 CODE: L210 | LAS | REVIEW OF MR. JAMES MATTHEWS DEPOSITION TRANSCRIPT REGARDING OBTAINING CERTAIN PAGES FOR EXHIBITS TO OUR MOTION FOR SUMMARY JUDGMENT. | .30 |

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | FEES |
|-------|--------------|-----|-------------|------|
| PTNR  | RONEN, MELANIE L. |  | 548.00 | $ |
| PLGL  | SMITH, LESLIE A. |  | 212.00 | $ |

TOTAL FEES                                              $

                              TOTAL STATEMENT  $

TD AMERITRADE

███████████████████████

MARCH 11, 2021
4898-85

INVOICE: 320932

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:       MATTHEWS, JAMES RICHARD
          WRIGHT

SERVICES

███████████████████████████████████████

| Feb 01, 21 CODE: L240 | MLR | FINALIZE MOTIONS FOR FILING. | 1.70 |
|---|---|---|---|
| Feb 01, 21 CODE: L210 | LAS | FURTHER PREPARATION OF EXHIBIT A FOR OUR MOTION OF SUMMARY JUDGMENT. | .20 |

███████████████████████████████████████

TD AMERITRADE
MARCH 11, 2021
INVOICE:        320932

Page 2

███████████

████████████████████████████████████  $

████████████████████████████████████████

███████████████████████████████████████

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|-------|--------------|-----|-------------|---|------|
| PTNR | RONEN, MELANIE L. | ███ | 548.00 | $ | ███████ |
| PLGL | SMITH, LESLIE A. | .30 | 212.00 | $ | 63.60 |
| | | ███ | | | |

TOTAL FEES                                           $  ████████

DISBURSEMENTS

████████████████████████████████

████████████████████████████████████████

TOTAL STATEMENT  $  ████████

TD AMERITRADE



APRIL 15, 2021
4898-85

INVOICE: 322004

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:        MATTHEWS, JAMES RICHARD
               WRIGHT

SERVICES



TD AMERITRADE
APRIL 15, 2021
INVOICE:        322004

Page 2

████████████████████████████████████████

████████████████████████████████████████

Mar 09, 21    MLR    REVIEW MATTHEWS' RESPONSES TO TD         .30
CODE: L240           AMERITRADE'S VARIOUS PENDING MOTIONS.

Mar 09, 21    MLR    REVIEW ALASKA RECORDER'S OFFICE WEBSITE   .20
CODE: L110           TO AGAIN CONFIRM THAT COMMERCIAL
                     AFFIDAVIT IS STILL ACCESSIBLE.

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

Mar 10, 21    MLR    PREPARATION OF REPLY IN SUPPORT OF       2.70
CODE: L240           MOTION FOR CANCELLATION/DECLARATORY
                     JUDGMENT.

████████████████████████████████████████

Mar 11, 21    MLR    PREPARATION OF REPLY IN SUPPORT OF       1.40
CODE: L210           MOTION FOR CANCELLATION.

TD AMERITRADE
APRIL 15, 2021
INVOICE:          322004

Page 3



Mar 15, 21     MLR     FINALIZE REPLY IN SUPPORT OF CANCELLATION          .10
CODE: L240              MOTION.

TD AMERITRADE
APRIL 15, 2021
INVOICE:          322004

Page 4

███████████████████████████████████████████████

███████████████████████████████████████████████

Mar 22, 21      MLR    FINALIZE REPLIES FOR FILING.                    2.00
CODE: L240

Mar 23, 21      MLR    REVIEW SUR-REPLY FILED BY MATTHEWS              .10
CODE: L240             REGARDING CANCELLATION MOTION.

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

RECAP OF HOURS:

TD AMERITRADE
APRIL 15, 2021
INVOICE:        322004

Page 5



| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | FEES |
|-------|-------------|-----|-------------|------|
| PTNR | RONEN, MELANIE L. | | 580.00 | $ |

TOTAL FEES                                    $ ▮

**TOTAL STATEMENT** $ ▮

TD AMERITRADE

AUGUST 10, 2021
4898-85

INVOICE: 325286

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:      MATTHEWS, JAMES RICHARD
             WRIGHT

SERVICES

| Date | | | Description | Hours |
|------|---|---|-------------|-------|
| Jul 22, 21 CODE: L250 | MLR | | PREPARE PROPOSED ORDER ON MOTION FOR CANCELLATION PER COURT'S REQUEST. | .70 |
| Jul 29, 21 CODE: L210 | MLR | | REVIEW MATTHEWS' PROPOSED ORDER ON MOTION FOR CANCELLATION. | .10 |

KYL4813-6151-8581.1

TD AMERITRADE
AUGUST 10, 2021
INVOICE:          325286

Page 2
RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE  (EFF.) | | FEES |
|-------|--------------|-----|--------------|---|------|
| PTNR | RONEN, MELANIE L. | ██ | 580.00 | $ | ████ |
| | | ██ | | | |

|  | | TOTAL FEES | $ | |
|--|--|------------|---|--|
| | | **TOTAL STATEMENT** | $ | ████ |

KYL4813-6151-8581.1

TD AMERITRADE

██████████████████████

SEPTEMBER 13, 2021
4898-85

INVOICE: 325978

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:        MATTHEWS, JAMES RICHARD
           WRIGHT

SERVICES

| | | | |
|---|---|---|---|
| Jul 21, 21<br>CODE: L250 | MLR | REVIEW ORDER REQUESTING SUBMISSION OF<br>PROPOSED ORDER ON MOTION FOR<br>CANCELLATION. | .10 |
| Aug 05, 21<br>CODE: L210 | MLR | REVIEW ORDER GRANTING MOTION FOR<br>CANCELLATION AND DECLARATORY JUDGMENT. | .10 |

███████████████████████████████████

KYL4848-8179-1738.1

TD AMERITRADE
SEPTEMBER 13, 2021
INVOICE: 325978

Page 2

| Aug 18, 21 | MLR | PREPARATION OF MOTION FOR ATTORNEYS' | 3.00 |
| CODE: L210 | | FEES. | |

██████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|-------|--------------|-----|-------------|---|------|
| PTNR | RONEN, MELANIE L. | ██ | 580.00 | $ | ████ |
| | | ██ | | | |
| | TOTAL FEES | | | $ | |
| | | | **TOTAL STATEMENT** | **$** | ████ |

KYL4848-8179-1738.1

TD AMERITRADE



OCTOBER 11, 2021
4898-85

INVOICE: 326643

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:    MATTHEWS, JAMES RICHARD
          WRIGHT

SERVICES



| Sep 02, 21 | MLR | EDIT JOINT MOTION TO EXTEND TIME FOR FILING | .50 |
| CODE: L210 | | MOTION FOR ATTORNEYS' FEES AND PROPOSED | |
| | | ORDER RE SAME. | |



KYL4816-3499-0846.1

TD AMERITRADE
OCTOBER 11, 2021
INVOICE:          326643

Page 2



RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|-------|--------------|-----|-------------|---|------|
| PTNR | RONEN, MELANIE L. | ██ | 580.00 | $ | ███ |
| | | ██ | | | |
| | TOTAL FEES | | | $ | |
| | | | **TOTAL STATEMENT** | $ | ██ |

KYL4816-3499-0846.1

TD AMERITRADE



JULY 12, 2022
4898-85

INVOICE: 334800

FOR PROFESSIONAL SERVICES RENDERED
*Please remit within 15 days*

RE:      MATTHEWS, JAMES RICHARD
         WRIGHT

SERVICES

| Jun 15, 22<br>CODE: L160 | MLR | EXCHANGE WITH MR. HAWES REGARDING | .10 |
| Jun 21, 22<br>CODE: L460 | MLR | REVIEW BILLING STATEMENTS AND PREPARE ESTIMATE OF ATTORNEYS' FEES INCURRED SPECIFICALLY RELATED TO CANCELLATION OF BOGUS LIEN; EXCHANGE WITH MR. MANN AND MR. HAWES | 1.70 |

KYL4881-6121-8857.1

███████████████████████████████████████████████

| Jun 22, 22<br>CODE: L460 | MLR | PREPARATION OF MOTION FOR ATTORNEYS'<br>FEES. | .80 |
| Jun 27, 22<br>CODE: L460 | MLR | PREPARATION OF MOTION FOR ATTORNEYS'<br>FEES. | .40 |

RECAP OF HOURS:

| CLASS | PROFESSIONAL | HRS | RATE (EFF.) | | FEES |
|-------|--------------|-----|-------------|---|------|
| PTNR | RONEN, MELANIE L. | ██ | 639.00 | $ | ███ |
| | | ██ | | | |
| | TOTAL FEES | | | $ | |
| | | | | **TOTAL STATEMENT** $ | ███ |

KYL4881-6121-8857.1

# Exhibit B

# MELANIE L. RONEN



**Melanie L. Ronen**

Shareholder and Member of Diversity and Inclusion Committee

Long Beach

(562) 436-2000
melanie.ronen@kyl.com

Melanie Ronen is a shareholder with Keesal, Young & Logan in its Long Beach office.  Her practice focuses primarily on employment litigation and advisory matters.

Melanie works closely with employers to problem solve a wide variety of issues that arise in the workplace.  This includes providing advice on employment law and related topics such as disability and protected leaves, employee privacy, wage and hour considerations, workplace violence, and retaliation and whistleblower concerns, as well as counseling on hiring, promotion, demotion, and termination issues.  Melanie also assists employers with drafting and review of employment manuals and various employment-related agreements, forms, policies, and plans.  She conducts workplace investigations following complaints and allegations of harassment, discrimination, bullying, and other unlawful or unwanted conduct, and counsels employers on moving forward when such concerns arise.  Beyond providing pure legal advice, Melanie also strives to provide common-sense strategies for handling and resolving workplace conflicts in an effort to avoid litigation if possible.

Often times litigation is unavoidable.  Melanie also regularly represents employers in judicial, arbitration, and administrative proceedings involving all manner of employment disputes, such as discrimination, harassment, retaliation, wrongful termination, wage and hour (including class and mass actions, and PAGA claims), breach of contract, defamation, unfair

competition, and trade secret and raiding claims. As with her employment advisory practice, Melanie seeks to achieve her clients' goals in the most pragmatic and cost-effective means possible.

Melanie represents clients from various industries including, financial services (i.e., banks, broker-dealers, investment advisors, insurance companies), manufacturing, software and technology, and transportation.

Melanie also represents the firm's mortgage banking clients in connection with litigation matters. She acts as counsel with respect to a wide variety of origination and servicing claims, including the defense of wrongful foreclosure and fraud claims, claims involving promised or failed loan modifications, unfair business practices, consumer protection, lien priority disputes, and misapplication of payment allegations.

Melanie serves on the firm's Diversity and Inclusion Committee. She was recognized by *Law & Politics Magazine* as one of Southern California's "Rising Stars" from 2005 through 2012.

Melanie has also proudly served as a member on the Board of Trustees for the Long Beach Ronald McDonald House since 2014. She served as the Board's Secretary from 2017–2019. She is the current Vice President, Administration.

**Practice Areas**

Appellate
Commercial & Residential Real Estate Lending Litigation
Class/Mass Actions
Employment Litigation & Advisory
Securities
Unfair Business Practices

**Education**

- J.D., University of San Diego School of Law (2002), named to the Order of Barristers
- B.A. (political science), Seattle University (1994)

**Bar Memberships/Admissions**

- California (2002)
- Washington (2015)
- All United States District Courts in California
- United States District Court for the Western District of Washington
- United States Court of Appeals for the Ninth Circuit
- Supreme Court of the United States

**Trial Results**

Examples of employment matters for which Melanie was lead counsel include:

- Motion to dismiss and Motion to strike class allegations granted in putative class action alleging age and gender discrimination.
- Defense award in arbitration by former employee alleging sex discrimination and harassment.
- Enforced employment contract on behalf of senior level manager resulting in recovery of full damages, interest, and attorneys' fees.
- Successfully defended financial advisor team in partnership dispute brought by former team members.

Examples of securities matters for which Melanie was lead counsel include:

- Defense award in arbitration brought by elderly customer alleging failure to execute
- Expungement obtained on behalf of five financial following settlement of arbitration claim brought by multiple customers.

### Publications

- Employment Alert: Breaking News Regarding Washington Meal Breaks (linked here) (June 29, 2017)
- Employment Alert: The Impact of California Voters' Approval of Prop 64 on Workplace Drug Policies (linked here) (November 8, 2016)

### Recognitions

Selected to Southern California Rising Star List (Thomson Reuters) (2005–2012) (a designation limited to 2.5% of attorneys in a geographic region)

### Community Engagement

Member of Board of Trustees for the Long Beach Ronald McDonald House since 2014 and its Secretary 2017–2019; current Vice President, Administration.

# Exhibit C

c

# YALE H. METZGER



Yale Metzger is of counsel with Keesal, Young & Logan in the firm's Anchorage office.

Prior to completing an enlistment in the U.S. Air Force as a criminal investigator, Yale's education and work experience primarily involved law enforcement, criminal investigation and the study of criminal justice. Yale graduated from University of Alaska Anchorage with a B.A. in justice and a minor in journalism & public communication in 1987. He obtained his J.D. cum laude from Gonzaga University School of Law in 1995.

Yale returned to Anchorage in 1995 and after clerking for U.S. District Court Magistrate Judge Harry Branson, he opened his own law practice in 1997. Since then, Yale has been a member of the admiralty section of the Alaska Bar Association with a diverse practice which includes representing vessel owners in various matters involving commercial and property damage claims, and representing various parties in personal injury and wrongful death claims.

Yale has significant maritime and admiralty casualty investigation experience including on-site and shipboard investigations, personal injury claims, cargo claims, dock damage claims, oil spills and collision claims. He worked for a major Alaska law firm for more than five years prior to obtaining his law degree and was involved in numerous investigations including the grounding of the M/V HYUNDAI No. 12 in the Shumagin Islands, the collision between the M/V ISLAND PRINCESS and M/V REGENT SEA in Skagway, and the grounding, spill and litigation involving the T/V EXXON VALDEZ in Prince William Sound. He is also currently acting as general counsel to the largest charter boat operator in Prince William Sound.

Yale and his wife Susan have endowed a scholarship at Gonzaga University School of Law primarily for Alaska residents who are required to leave Alaska to attend law school.

**Practice Areas**

Environmental
Maritime

**Education**

- J.D., Gonzaga University School of Law (1995 – cum laude)
- B.S. (justice and a minor in journalism & public communication), University of Alaska, Anchorage (1987)

**Bar Memberships/Admissions**

- Alaska (1995)
- United States District Court of Alaska

# Exhibit D

c



# UNITED STATES CONSUMER LAW

# ATTORNEY FEE SURVEY REPORT

## 2017-2018



**Ronald L. Burdge, Esq.**

# United States Consumer Law
# Attorney Fee Survey Report 2017-2018

Survey Conducted By
and
Survey Report Authored By

Ronald L. Burdge, Esq.
Burdge Law Office Co. L.A.
8250 Washington Village Drive
Dayton, OH 45458-1850
Voice: 937.432.9500
Fax: 937.432.9503

Email: Ron@BurdgeLaw.com



Attribution, No Derivs
CC-BY-ND

This copyright license allows for redistribution, commercial and non-commercial use, as long as all quoted and selected contents are passed along unchanged and with credit to the publication and author.

Copyright © 2019 by R.L.Burdge
September 10, 2019

This publication contains the results of proprietary research.

This publication was created to provide accurate and authoritative information concerning the subject matter covered. The publisher is not engaged in rendering legal or other professional advice and this publication is not a substitute for the advice of an attorney or expert. If you require legal or other expert advice, you should seek the services of a competent attorney or other professional.

## Acknowledgments

This work is dedicated to the private and public practice members of the Consumer Law bar and the Judicial officers who decide Consumer Law disputes and cases across the United States and its territories, all of whom tirelessly dedicate their careers to helping people find Justice every day in our legal system. Without their support and participation, the research for this publication would not have been possible.

I am grateful to the members of the National Association of Consumer Advocates and the National Association of Consumer Bankruptcy Attorneys and the many friends and supporters of the National Consumer Law Center, and to the Consumer Law bar who participated in the research that formed the foundation of this Survey Report. They are the men and women who make Justice work every day.

A special thanks is extended to Ira Rheingold, Richard Dubois, Willard Ogburn, Jon Sheldon, Charles Delbaum, Robert Hobbs, Edward Boltz, and many, many others for their constant encouragement of this project, advice and assistance since the survey began in 1999. The support, suggestions and comments from countless others over the years have contributed greatly to the result before you.

Finally, no words could adequately express my thanks to my wife, who guided, supported and encouraged me every day for the decades throughout this work. I could not do what I do, and I would accomplish nothing without her.

Ronald L. Burdge, Esq.
September 10, 2019


This Survey Report is available as a free pdf download
from this web site:
www.AttorneyFeeStudy.com


This Survey Report is also available as a free pdf download
from the web site accessed via any QR reader with this image:

Table of Contents

1. Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Methods to Update Survey Results from 2017-2018 to Current Date . . . . . . . . . . 2
    Goals of Survey Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    What's New . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Survey Report Sections Explained . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Niche Areas in the Field of Consumer Law Defined . . . . . . . . . . . . . . . . . . . . . . . 8
    Geographic Areas Defined . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    The Average and the Median: What it Means to You . . . . . . . . . . . . . . . . . . . . . . 9
    Interpreting the Findings: Primary and Minor Variable Factors . . . . . . . . . . . . 11
    Survey Techniques Explained . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    Survey Design Methodology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    Data Gathering Methodology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    Data Analysis Methodology Explained. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    Peer Review of Methodologies and Survey Analyses . . . . . . . . . . . . . . . . . . . . . . 18
    Error Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
    Section 508 Compliance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

2. Summary Profile of the Typical U.S. Consumer Law Attorney . . . . . . . . . . . . . . . . . . 21
    National Summary Profile Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
    Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
    National Summary Profile Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    Explanation of Tables. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    National Summary Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
    National Median Rates for Practice Areas Table. . . . . . . . . . . . . . . . . . . . . . . . . . 37
    National Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
    National Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
    National Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
    National Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

3. State Summary Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
    Billable Attorney and Paralegal Participation Data Count By State . . . . . . . . . . 42
    Explanation of Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
    Alabama . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
        Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
    Alaska. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
        Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    Arizona . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
        Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
    Arkansas. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
        Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
        Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
        Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
        Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

i

Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
California . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
    Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
    Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
    Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
Colorado. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
    Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
    Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
    Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
Connecticut . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
Delaware . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
District of Columbia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
Florida . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
    Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
    Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
    Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
Georgia. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
    Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
    Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
    Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
Hawaii . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
Idaho. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
Illinois. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
    Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
    Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
    Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
Indiana . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
Iowa . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90

Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
Kansas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
Kentucky . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95
Louisiana . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 96
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
Maine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
Maryland . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
Massachusetts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103
    Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104
    Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104
    Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105
Michigan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107
    Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108
    Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108
    Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109
Minnesota . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 110
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111
Mississippi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113
Missouri . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115
    Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116
    Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116
    Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117
Montana . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119
Nebraska . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 121
Nevada . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 122
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123
New Hampshire . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 124
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 125
New Jersey . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 126
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127
    Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128

iii

     Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128
     Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129
New Mexico . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131
New York . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 133
     Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 133
     Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134
     Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134
     Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135
North Carolina. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 137
     Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 137
     Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 138
     Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 138
     Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139
North Dakota. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 140
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 141
     Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 141
Ohio . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 142
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143
     Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143
     Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 144
     Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 144
     Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
Oklahoma. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 146
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 147
Oregon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 148
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 149
Pennsylvania . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 150
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
     Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
     Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 152
     Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 152
     Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 153
Puerto Rico . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 155
Rhode Island . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 157
South Carolina . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 158
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 159
South Dakota. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 160
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 161
Tennessee. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 162
     Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163

Texas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 164
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 165
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 165
    Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 166
    Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 166
    Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 167
Utah . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 168
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 169
Vermont . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 170
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 171
Virgin Islands U.S. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 172
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 173
Virginia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 174
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 175
Washington . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 176
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 177
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 177
    Specialty Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 178
    Small Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 178
    Large Firm Size Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 179
West Virginia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 180
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 181
Wisconsin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 182
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 183
Wyoming . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 184
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 185


4. Metropolitan Area Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 186
  Billable Attorney and Paralegal Data County By Metro Area . . . . . . . . . . . . . . 186
  Explanation of Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 193
  Alabama, Birmingham - Hoover . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196
  Alabama, Huntsville . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 198
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 198
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 199
  Alabama, Mobile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 200
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 200
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 201
  Alabama, Montgomery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 203
  Alaska, Anchorage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 204
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 204
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 205

v

Alaska, Fairbanks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 206
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 206
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 207
Alaska, Juneau. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 209
Arizona, Flagstaff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 210
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 210
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211
Arizona, Phoenix - Mesa - Scottsdale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 212
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 212
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 213
Arizona, Tucson. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 215
Arizona, Yuma. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 216
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 216
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217
Arkansas, Fayetteville - Springdale - Rogers . . . . . . . . . . . . . . . . . . . . . . . . . 218
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 218
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 219
Arkansas, Little Rock - North Little Rock . . . . . . . . . . . . . . . . . . . . . . . . . . . 220
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 220
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 221
Arkansas, Texarkana. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 222
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 222
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 223
California, Bakersfield . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 224
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 224
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 225
California, Fresno - Madera . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 226
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 226
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 227
California, Los Angeles - Long Beach - Anaheim . . . . . . . . . . . . . . . . . . . . . . 228
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 228
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229
California, Riverside - San Bernardino. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 231
California, Sacramento - Roseville . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 232
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 232
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 233
California, San Diego . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 234
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 234
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 235

vi

California, San Francisco . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 236
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 236
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 237
California, San Jose - Santa Clara . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 238
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 238
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 239
Colorado, Colorado Springs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 240
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 240
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 241
Colorado, Denver - Aurora . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 242
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 242
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243
Colorado, Fort Collins - Loveland . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 244
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 244
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 245
Connecticut, Bridgeport - Stamford - Norwalk . . . . . . . . . . . . . . . . . . . . . . . . . . . . 246
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 246
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 247
Connecticut, New Haven - Milford . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 248
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 248
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 249
Delaware, Dover . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 250
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 250
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 251
Delaware, Wilmington - New Castle - Newark . . . . . . . . . . . . . . . . . . . . . . . . . . . . 252
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 252
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 253
Florida, Cape Coral - Fort Myers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 254
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 254
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 255
Florida, Jacksonville . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 256
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 256
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 257
Florida, Miami - Fort Lauderdale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 258
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 258
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 259
Florida, Tallahassee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 260
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 260
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 261
Florida, Tampa - St. Petersburg . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 262
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 262
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 263
Florida, Orlando . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 264
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 264
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 265

Georgia, Atlanta . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 266
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 266
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 267
Georgia, Augusta . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 268
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 268
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 269
Georgia, Macon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 270
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 270
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 271
Georgia, Savannah . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 272
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 272
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 273
Hawaii, Honolulu . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 274
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 274
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 275
Idaho, Boise City . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 276
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 276
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 277
Idaho, Idaho Falls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 278
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 278
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 279
Illinois, Chicago . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 280
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 280
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 281
Illinois, Rockford . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 282
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 282
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 283
Illinois, Springfield . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 284
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 284
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 285
Illinois, St Louis Metro East . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 286
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 286
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 287
Indiana, Fort Wayne . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 288
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 288
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 289
Indiana, Gary - Hammond . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 290
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 290
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 291
Indiana, Indianapolis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 292
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 292
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 293
Indiana, South Bend - Elkhart - Mishawaka . . . . . . . . . . . . . . . . . . . . . . . . . . . . 294
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 294
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 295

viii

Indiana, Terre Haute ............................................................. 296
    Median Rate for Practice Areas ................................... 296
    Experience Variable Table ....................................... 297
Iowa, Cedar Rapids............................................................. 298
    Median Rate for Practice Areas ................................... 298
    Experience Variable Table ....................................... 299
Iowa, Des Moines .............................................................. 300
    Median Rate for Practice Areas ................................... 300
    Experience Variable Table ....................................... 301
Iowa, Dubuque ................................................................ 302
    Median Rate for Practice Areas ................................... 302
    Experience Variable Table ....................................... 303
Kansas, Kansas City ........................................................... 304
    Median Rate for Practice Areas ................................... 304
    Experience Variable Table ....................................... 305
Kansas, Wichita............................................................... 306
    Median Rate for Practice Areas ................................... 306
    Experience Variable Table ....................................... 307
Kentucky, Lexington........................................................... 308
    Median Rate for Practice Areas ................................... 308
    Experience Variable Table ....................................... 309
Kentucky, Louisville .......................................................... 310
    Median Rate for Practice Areas ................................... 310
    Experience Variable Table ....................................... 311
Louisiana, Baton Rouge ........................................................ 312
    Median Rate for Practice Areas ................................... 312
    Experience Variable Table ....................................... 313
Louisiana, New Orleans ........................................................ 314
    Median Rate for Practice Areas ................................... 314
    Experience Variable Table ....................................... 315
Louisiana, Shreveport.......................................................... 316
    Median Rate for Practice Areas ................................... 316
    Experience Variable Table ....................................... 317
Maine, Bangor................................................................. 318
    Median Rate for Practice Areas ................................... 318
    Experience Variable Table ....................................... 319
Maine, Portland............................................................... 320
    Median Rate for Practice Areas ................................... 320
    Experience Variable Table ....................................... 321
Maryland, Baltimore........................................................... 322
    Median Rate for Practice Areas ................................... 322
    Experience Variable Table ....................................... 323
Massachusetts, Boston - Cambridge.............................................. 324
    Median Rate for Practice Areas ................................... 324
    Experience Variable Table ....................................... 325

ix

Massachusetts, Springfield . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 326
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 326
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 327
Michigan, Detroit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 328
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 328
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 329
Michigan, Flint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 330
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 330
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 331
Michigan, Grand Rapids. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 332
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 332
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 333
Michigan, Kalamazoo - Portage. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 334
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 334
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 335
Michigan, Lansing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 336
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 336
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 337
Michigan, Marquette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 338
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 338
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 339
Minnesota, Duluth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 340
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 340
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 341
Minnesota, Minneapolis - St Paul . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 342
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 342
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 343
Mississippi, Gulfport - Biloxi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 344
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 344
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 345
Mississippi, Jackson . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 346
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 346
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 347
Missouri, Columbia. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 348
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 348
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 349
Missouri, Kansas City . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 350
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 350
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 351
Missouri, Springfield . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 352
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 352
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 353
Missouri, St Louis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 354
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 354
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 355

x

Montana, Billings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 356
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 356
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 357
Montana, Missoula . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 358
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 358
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 359
Nebraska, Lincoln . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 360
    Median Rates for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 360
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 361
Nebraska, Omaha . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 362
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 362
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 363
Nevada, Las Vegas. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 364
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 364
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 365
Nevada, Reno - Carson City . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 366
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 366
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 367
New Hampshire - Manchester . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 368
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 368
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 369
New Jersey, Newark . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 370
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 370
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 371
New Jersey, Trenton . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 372
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 372
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 373
New Mexico, Albuquerque - Santa Fe. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 374
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 374
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 375
New Mexico, Farmington . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 376
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 376
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 377
New Mexico, Las Cruces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 378
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 378
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 379
New York, Albany - Schenectady . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 380
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 380
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 381
New York, Buffalo - Niagara Falls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 382
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 382
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 383
New York, New York City . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 384
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 384
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 385

New York, Rochester . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 386
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 386
    Experience Variable Tab. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 387
New York, Syracuse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 388
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 388
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 389
North Carolina, Asheville. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 390
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 390
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 391
North Carolina, Charlotte . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 392
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 392
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 393
North Carolina, Fayetteville. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 394
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 394
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 395
North Carolina, Greensboro . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 396
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 396
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 397
North Carolina, Raleigh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 398
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 398
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 399
North Dakota, Bismarck. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 400
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 400
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 401
North Dakota, Fargo. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 402
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 402
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 403
North Dakota, Grand Forks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 404
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 404
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 405
Ohio, Cincinnati . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 406
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 406
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 407
Ohio, Cleveland . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 408
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 408
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 409
Ohio, Columbus. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 410
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 410
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 411
Ohio, Toledo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 412
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 412
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 413
Oklahoma, Oklahoma City. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 414
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 414
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 415

Oklahoma, Tulsa . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 416
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 416
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 417
Oregon, Eugene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 418
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 418
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 419
Oregon, Portland . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 420
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 420
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 421
Pennsylvania, Erie . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 422
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 422
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 423
Pennsylvania, Harrisburg - Carlisle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 424
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 424
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 425
Pennsylvania, Philadelphia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 426
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 426
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 427
Pennsylvania, Pittsburgh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 428
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 428
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 429
Pennsylvania, Scranton . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 430
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 430
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 431
Puerto Rico, San Juan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 432
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 432
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 433
Rhode Island, Providence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 434
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 434
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 435
South Carolina, Charleston . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 436
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 436
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 437
South Carolina, Columbia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 438
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 438
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 439
South Carolina, Greenville - Spartanburg - Anderson . . . . . . . . . . . . . . . . . . . . . 440
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 440
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 441
South Dakota, Rapid City . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 442
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 442
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 443
South Dakota, Sioux Falls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 444
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 444
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 445

Tennessee, Chattanooga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 446
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 446
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 447
Tennessee, Knoxville . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 448
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 448
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 449
Tennessee, Memphis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 450
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 450
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 451
Tennessee, Nashville. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 452
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 452
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 453
Texas, Amarillo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 454
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 454
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 455
Texas, Austin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 456
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 456
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 457
Texas, Dallas – Fort Worth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 458
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 458
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 459
Texas, El Paso . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 460
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 460
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 461
Texas, Houston . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 462
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 462
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 463
Texas, San Antonio . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 464
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 464
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 465
Utah, Provo - Orem . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 466
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 466
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 467
Utah, Salt Lake City . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 468
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 468
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 469
Utah, St. George . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 470
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 470
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 471
Vermont, Burlington. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 472
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 472
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 473
Virginia, Alexandria - Arlington . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 474
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 474
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 475

Virginia, Charlottesville . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 476
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 476
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 477
Virginia, Richmond. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 478
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 478
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 479
Virginia, Norfolk – Virginia Beach . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 480
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 480
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 481
Washington, Richland - Kennewick - Pasco. . . . . . . . . . . . . . . . . . . . . . . . . . . . 482
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 482
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 482
Washington, Seattle - Tacoma. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 484
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 484
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 484
Washington, Spokane. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 487
Washington, Yakima. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 488
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 488
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 489
West Virginia, Charleston . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 490
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 490
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 490
West Virginia, Huntington. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 492
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 492
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 493
West Virginia, Morgantown. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 494
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 494
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 495
Wisconsin, Eau Claire. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 496
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 496
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 497
Wisconsin, Madison . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 498
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 498
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 499
Wisconsin, Milwaukee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 500
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 500
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 501
Wyoming, Casper . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 502
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 502
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 503
Wyoming, Cheyenne. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 504
    Median Rate for Practice Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 504
    Experience Variable Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 505

5. Cases Employing Use of Prior Editions of this Survey Report  . . . . . . . . . . . . . . . . . . 506
    Cases Listed by State or Other Jurisdiction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 510

6. Cases on Use of Survey Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 546

7. About the Editor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 548

8. Recommendations for Future Survey Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 549

Appendix 1. 2017-2018 Survey Questions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 550

Appendix 2. Geographic Area Definitions Used in Prior Survey Reports  . . . . . . . . . . . 556

Appendix 3.  Statement of Peer Review by The National Association of Legal Fee
    Analysis  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 557

Appendix 4.  Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 559

Alaska

| | This Survey |
|---|---|
| Average Number of Attorneys in Firm | 1.63 |
| Median Years in Practice | 23.5 |
| Average Concentration of Practice in Consumer Law | 48.1 |
| Primary Practice Area | Consumer Law |
| Secondary Practice Area | Personal Injury |
| Average Number of Paralegals in Firm | 1.06 |
| Last Time Attorney Rate Changed (Average in Months) | 35.28 |
| Average Billable Paralegal Rate | 68 |
| Average Attorney Rate for All Attorneys | 325 |
| 25% Median Attorney Rate for All Attorneys | 250 |
| Median Attorney Rate for All Attorneys | 325 |
| 75% Median Attorney Rate for All Attorneys | 413 |
| 95% Median Attorney Rate for All Attorneys | 500 |
| Median Metropolitan Attorney Rate | 400 |
| Median Non-Metropolitan Attorney Rate | 338 |
| Median Attorney Rate in Northern Area of State | 325 |
| Median Attorney Rate in Southern Area of State | 300 |
| Median Attorney Rate in Eastern Area of State | 325 |
| Median Attorney Rate in Western Area of State | 325 |
| Median Attorney Rate in Central Area of State | 325 |

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 104 of 141

## Median Rates for Practice Areas

|  | 25% Median | Median | 95% Median |
|---|---|---|---|
| Attorneys Handling Bankruptcy Cases | 200 | 250 | 375 |
| Attorneys Handling Class Action Cases | 275 | 338 | 500 |
| Attorneys Handling Credit Rights Cases | 300 | 350 | 494 |
| Attorneys Handling Mortgage Cases | 275 | 325 | 400 |
| Attorneys Handling Vehicle Cases | 294 | 338 | 475 |
| Attorneys Handling TCPA Cases | 125 | 250 | 500 |
| Attorneys Handling Other Cases | 250 | 325 | 400 |

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 105 of 141

## Alaska, Anchorage

| | |
|---|---|
| Average Number of Attorneys in Firm | 1.67 |
| Median Years in Practice | 24.0 |
| Average Concentration of Practice in Consumer Law | 45.3 |
| Primary Practice Area | Consumer Law |
| Secondary Practice Area | Personal Injury |
| Last Time Attorney Rate Changed (Average in Months) | 37.62 |
| Average Number of Paralegals in Firm | 1.13 |
| Average Paralegal Rate for All Paralegals | 121 |
| Average Attorney Rate for All Attorneys | 320 |
| 25% Median Attorney Rate for All Attorneys | 225 |
| Median Attorney Rate for All Attorneys | 325 |
| 75% Median Attorney Rate for All Attorneys | 425 |
| 95% Median Attorney Rate for All Attorneys | 475 |

## Median Rate for Practice Areas

| | Median |
|---|---|
| Attorneys Handling Bankruptcy Cases | 250 |
| Attorneys Handling Class Action Cases | 338 |
| Attorneys Handling Credit Rights Cases | 350 |
| Attorneys Handling Mortgage Cases | 325 |
| Attorneys Handling Vehicle Cases | 338 |
| Attorneys Handling TCPA Cases | 250 |
| Attorneys Handling Other Cases | 300 |

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 106 of 141

## Experience Variable Table

| Years Practicing Consumer Law | Average Attorney Hourly Rate |
|---|---|
| <1 | 125 |
| 1-3 | 125 |
| 3-5 | 250 |
| 6-10 | 300 |
| 11-15 | 300 |
| 16-20 | 325 |
| 21-25 | 288 |
| 26-30 | 350 |
| 31-35 | 375 |
| 36-40 | 350 |
| 41+ | 500 |

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 107 of 141

## Alaska, Fairbanks

| | |
|---|---|
| Average Number of Attorneys in Firm | 1.69 |
| Median Years in Practice | 25.0 |
| Average Concentration of Practice in Consumer Law | 59.5 |
| Primary Practice Area | Consumer Law |
| Secondary Practice Area | Personal Injury |
| Last Time Attorney Rate Changed (Average in Months) | 39.72 |
| Average Number of Paralegals in Firm | 1.23 |
| Average Paralegal Rate for All Paralegals | 127 |
| Average Attorney Rate for All Attorneys | 341 |
| 25% Median Attorney Rate for All Attorneys | 281 |
| Median Attorney Rate for All Attorneys | 325 |
| 75% Median Attorney Rate for All Attorneys | 425 |
| 95% Median Attorney Rate for All Attorneys | 481 |

## Median Rate for Practice Areas

| | Median |
|---|---|
| Attorneys Handling Bankruptcy Cases | 250 |
| Attorneys Handling Class Action Cases | 338 |
| Attorneys Handling Credit Rights Cases | 350 |
| Attorneys Handling Mortgage Cases | 325 |
| Attorneys Handling Vehicle Cases | 338 |
| Attorneys Handling TCPA Cases | 500 |
| Attorneys Handling Other Cases | 325 |

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 108 of 141

Experience Variable Table

| Years Practicing Consumer Law | Average Attorney Hourly Rate |
|---|---|
| <1 | 104 |
| 1-3 | 125 |
| 3-5 | 275 |
| 6-10 | 275 |
| 11-15 | 288 |
| 16-20 | 308 |
| 21-25 | 271 |
| 26-30 | 333 |
| 31-35 | 360 |
| 36-40 | 332 |
| 41+ | 475 |

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 109 of 141

## Alaska, Juneau

| | |
|---|---|
| Average Number of Attorneys in Firm | 1.64 |
| Median Years in Practice | 22.0 |
| Average Concentration of Practice in Consumer Law | 45.7 |
| Primary Practice Area | Consumer Law |
| Secondary Practice Area | Personal Injury |
| Last Time Attorney Rate Changed (Average in Months) | 36.42 |
| Average Number of Paralegals in Firm | 1.0 |
| Average Paralegal Rate for All Paralegals | 118 |
| Average Attorney Rate for All Attorneys | 307 |
| 25% Median Attorney Rate for All Attorneys | 213 |
| Median Attorney Rate for All Attorneys | 313 |
| 75% Median Attorney Rate for All Attorneys | 375 |
| 95% Median Attorney Rate for All Attorneys | 400 |

## Median Rate for Practice Areas

| | Median |
|---|---|
| Attorneys Handling Bankruptcy Cases | 250 |
| Attorneys Handling Class Action Cases | 325 |
| Attorneys Handling Credit Rights Cases | 338 |
| Attorneys Handling Mortgage Cases | 325 |
| Attorneys Handling Vehicle Cases | 325 |
| Attorneys Handling TCPA Cases | 188 |
| Attorneys Handling Other Cases | 325 |

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 110 of 141

Experience Variable Table

| Years Practicing Consumer Law | Average Attorney Hourly Rate |
|---|---|
| <1 | 125 |
| 1-3 | 138 |
| 3-5 | 256 |
| 6-10 | 331 |
| 11-15 | 356 |
| 16-20 | 369 |
| 21-25 | 306 |
| 26-30 | 306 |
| 31-35 | 381 |
| 36-40 | 356 |
| 41+ | 450 |

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 111 of 141

Appendix 1. 2017-2018 Survey Questions

The following pages contain the survey questions and possible answers to each question.

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 112 of 141

## US Consumer Law and Bankruptcy Law Attorney Fee Survey (2017-2018)

**Consumer Law Survey Questions**

\* 1. Below is a list of practice areas. Please select the practice area that represents the largest percentage of your practice time. 💬

- ○ Bankruptcy
- ○ Consumer Law
- ○ Criminal Law
- ○ Domestic Relations
- ○ Employment Law
- ○ Estate Planning, Probate, Wills
- ○ General Practice
- ○ Medical Malpractice
- ○ Personal Injury
- ○ Real Estate
- ○ Securities
- ○ Workers Compensation
- ○ Other

\* 2. What percentage of your practice time is devoted to Consumer Law, not including Bankruptcy Law? 💬

- ○ 100
- ○ 90
- ○ 80
- ○ 70
- ○ 60
- ○ 50
- ○ 40
- ○ 30
- ○ 20
- ○ 10
- ○ 5
- ○ less than 5

\* 3. What specific areas of Consumer Law practice do you regularly handle? Check all that apply 💬

- ☐ Bankruptcy
- ☐ Class Action
- ☐ Credit Rights (FCRA, FDCPA, ECOA, TILA, Credit Discrimination, Credit Reporting, Debt Defense, etc)
- ☐ Mortgage (Foreclosure Defense, RESPA, HOLA, Real Estate, Housing Rights, etc)
- ☐ Vehicles (AutoFraud, Lemon Law, Warranty Law, UDAP, Repossession Law, etc)
- ☐ TCPA
- ☐ Other (please specify)

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 113 of 141

* 4. What is your attorney standard billable hourly rate? If your rate is different for different jurisdictions, then you will need to complete this survey for each jurisdiction where you practice with a different hourly rate. If you are unable to do so, you may email your additional responses to Ron@BurdgeLaw.com and they will be entered for you. 🗨

| | | |
|---|---|---|
| ○ 0 or n/a | ○ 375 | ○ 725 |
| ○ 50 | ○ 400 | ○ 750 |
| ○ 75 | ○ 425 | ○ 775 |
| ○ 100 | ○ 450 | ○ 800 |
| ○ 125 | ○ 475 | ○ 825 |
| ○ 150 | ○ 500 | ○ 850 |
| ○ 175 | ○ 525 | ○ 875 |
| ○ 200 | ○ 550 | ○ 900 |
| ○ 225 | ○ 575 | ○ 925 |
| ○ 250 | ○ 600 | ○ 950 |
| ○ 275 | ○ 625 | ○ 975 |
| ○ 300 | ○ 650 | ○ 1000 |
| ○ 325 | ○ 675 | ○ 1025 |
| ○ 350 | ○ 700 | ○ 1050 or more |

* 5. How many attorneys are in your law firm? 🗨

| | | |
|---|---|---|
| ○ 1 | ○ 3 | ○ 5 or more |
| ○ 2 | ○ 4 | |

* 6. How many full or part time paralegal or law clerk or legal assistants do you employ? 🗨

| | | |
|---|---|---|
| ○ 0 | ○ 2 | ○ 4 |
| ○ 1 | ○ 3 | ○ 5 or more |

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 114 of 141

* 7. What is your average paralegal or law clerk or legal assistant standard billable hourly rate?

○ 0 or n/a        ○ 110        ○ 200

○ 25             ○ 125        ○ 210

○ 50             ○ 140        ○ 225

○ 75             ○ 150        ○ 240

○ 90             ○ 175        ○ 250

○ 100            ○ 190        ○ 275 or more

* 8. How long ago did you change your billable hourly rate?

○ n/a                  ○ 1 1/2 years        ○ 3 1/2 years

○ less than 1/2 year   ○ 2 years            ○ 4 years

○ 1/2 year             ○ 2 1/2 years        ○ 4 1/2 years

○ 1 year               ○ 3 years            ○ 5 years or more

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 115 of 141

**\* 9. In what jurisdiction do you practice law? If you practice in more than one jurisdiction and your hourly rate is the same in all jurisdictions, then you may check more than one box below. If your rate differs in different jurisdictions, then you should complete this survey for one jurisdiction and then submit a new survey response for each additional jurisdiction where you practice.**

| | | |
|---|---|---|
| ☐ Alabama | ☐ Maine | ☐ Oregon |
| ☐ Alaska | ☐ Maryland | ☐ Pennsylvania |
| ☐ Arizona | ☐ Massachusetts | ☐ Puerto Rico |
| ☐ Arkansas | ☐ Michigan | ☐ Rhode Island |
| ☐ California | ☐ Minnesota | ☐ South Carolina |
| ☐ Colorado | ☐ Mississippi | ☐ South Dakota |
| ☐ Connecticut | ☐ Missouri | ☐ Tennessee |
| ☐ Delaware | ☐ Montana | ☐ Texas |
| ☐ Florida | ☐ Nebraska | ☐ Utah |
| ☐ Georgia | ☐ Nevada | ☐ Vermont |
| ☐ Hawaii | ☐ New Hampshire | ☐ Virginia |
| ☐ Idaho | ☐ New Jersey | ☐ Virgin Islands US |
| ☐ Illinois | ☐ New Mexico | ☐ Washington |
| ☐ Indiana | ☐ New York | ☐ West Virginia |
| ☐ Iowa | ☐ North Carolina | ☐ Wisconsin |
| ☐ Kansas | ☐ North Dakota | ☐ Wyoming |
| ☐ Kentucky | ☐ Ohio | ☐ Washington DC |
| ☐ Louisiana | ☐ Oklahoma | |

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 116 of 141

* 10. How many years have you been practicing law? 💬

| | | |
|---|---|---|
| ○ 1 | ○ 16 | ○ 31 |
| ○ 2 | ○ 17 | ○ 32 |
| ○ 3 | ○ 18 | ○ 33 |
| ○ 4 | ○ 19 | ○ 34 |
| ○ 5 | ○ 20 | ○ 35 |
| ○ 6 | ○ 21 | ○ 36 |
| ○ 7 | ○ 22 | ○ 37 |
| ○ 8 | ○ 23 | ○ 38 |
| ○ 9 | ○ 24 | ○ 39 |
| ○ 10 | ○ 25 | ○ 40 |
| ○ 11 | ○ 26 | ○ 41 |
| ○ 12 | ○ 27 | ○ 42 |
| ○ 13 | ○ 28 | ○ 43 |
| ○ 14 | ○ 29 | ○ 44 |
| ○ 15 | ○ 30 | ○ 45 or more |

* 11. In what geographical area of your state do you regularly practice? If more than one area, mark all that apply. For Hawaii, consider Hawai'i the Big Island to be South, Maui to be East, O'ahu to be North, and Kaua'i to be West. 💬

☐ North          ☐ East          ☐ Central

☐ South          ☐ West

* 12. Do you regularly practice in a metropolitan area of more than 200,000 persons or less than 200,000 persons? 💬

○ Both more and less

○ More than 200,000

○ Less than 200,000

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 117 of 141

Appendix 2. Geographic Area Definitions Used in Prior Survey Reports

In prior versions of the Unites States Consumer Law Attorney Fee Survey Reports the data was compiled in twelve geographic regions, including several states identified as their own region. This approach was based on three factors: the long-established Altman-Weil[6] regional tables, the quantity of Consumer Law attorneys that were readily identified as practicing in each state, and the geographic proximity of any one state to a nearby overall region.

For readers who wish to attempt to make comparisons of data in the prior reports with the data provided in this 2017-2018 Survey Report, the following table lists the regional state content by state name.

The twelve regions for this survey are:

| | |
|---|---|
| Atlantic: | DC, DE, NC, NJ, PA, VA, WV |
| California | |
| Florida | |
| Mid West: | IA, IL, IN, KS, MI, MN, MO, ND, NE, SD, WI |
| New York | |
| North East: | CT, MA, MD, ME, NH, RI, VT |
| Ohio | |
| Pacific: | AK, HI, OR, WA |
| South: | AL, AR, GA, KY, LA, MS, OK, SC, TN |
| Texas | |
| US Territories: | Puerto Rico, Guam, American Samoa, U.S. Virgin Islands |
| West: | AZ, CO, ID, MT, NM, NV, UT, WY |

---

[6] Altman Weil, Inc. provides management consulting services exclusively to legal organizations. Its clients include law firms, law departments, governmental legal offices and legal vendors of all sizes and types throughout North America, the U.K. and abroad. The Altman Weil website address is http://www.altmanweil.com/.

Appendix 3. Statement of Peer Review by The National Association of Legal Fee Analysis

      The following page contains the NALFA statement of its peer review opinions of the United States Consumer Law Attorney Fee Survey Report. NALFA's Executive Director's review of this survey's methodology and data analyses began in 2017.

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 119 of 141



The National Association of Legal Fee Analysis (NALFA) is a 501(c)(6) non-profit professional association for the legal fee analysis field. Our members provide a range of services on attorney fees and legal billing matters. Courts and clients turn to us for expertise when attorney fees and expenses are at issue in large, complex cases. NALFA members are fully qualified attorney fee experts, special fee masters, bankruptcy fee examiners, fee dispute mediators and legal bill auditors.

We have reviewed the follow data and methodology prior to publication. We at NALFA support this hourly rate survey and the methodology contained within. This survey was conducted with the utmost professionalism, with statistical integrity and reliability, and with detailed hourly rate data and survey information. Indeed, this survey is the most comprehensive hourly rate survey for consumer lawyers in the U.S.

*Terry Jesse*

Terry Jesse, Executive Director
terry@thenalfa.org

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 120 of 141

Appendix 4.  Table of Authorities

The following pages contain the Table of Authorities cited in this Survey Report.

Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 121 of 141

## TABLE OF AUTHORITIES

### CASES

Adsit v. Dundrum, LLC, 2019 WL 1270937 (E.D. Wash., Maritime 29, 2019). . . . . . . . . . . . 526

Alexander v. NCO Fin. Sys., 2011 U.S. District LEXIS 64211, 2011 WL 2415156 (E.D. Pa.,
Jun. 16, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544

Alonso v. Westcoast Corp., 2017 U.S. District LEXIS 154866, 2017 WL 4176973 (M.D. LA,
Sept. 21, 2017) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 518

Alston v. Summit Receivables, 2018 U.S. District LEXIS 118978, 2018 WL 3448595 . . . . . 535

Alvarado v. Featured Mediation, LLC, 2017 U.S. District LEXIS 88022, 2017 WL 2480606
(M.D. Fla., Jun. 8, 2017). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 516

Andalam v. Trizetto Group, 2013 U.S. District LEXIS 159656, 2013 WL 5952012 (D. Colo.,
Nov. 7, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 515

Andersen v. Riverwalk Holdings Limited, 2015 U.S. District LEXIS 162403, 2015 WL 7862923
(E.D. Wisc., Dec. 2, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 527

Anderson v. National Credit Sys.,2010 U.S. District LEXIS 134268 (D. Colo., Dec. 1, 2010)  516

Anderson v. Specified Credit Association, 2011 U.S. District LEXIS 62410, 2011 WL 2414867
(S.D. Ill., Jun. 10, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 518

Arana v. Monterey Fin. Servs., 2016 U.S. District LEXIS 46111, 2016 WL 1324269 (S.D. Cal.,
Apr. 5, 2016). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 507, 514

Avera v. Secretary of Health and Human Servs., 515 F.3d 1343 (Fed. Cir. 2008) . . . . . . . . . 547

Baez v. LTD Fin. Servs., L.P., 2019 U.S. District LEXIS 86949, 2019 WL 2223773 (M.D. Fla.,
Orlando Division., May 23, 2019) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 535

Baez v. LTD Fin. Servs., L.P., 2019 WL 2210687 (M.D. Fla., Orlando Division., Feb 26, 2019)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 535

Bales v. Forest River, Inc., 2019-Ohio-4160, 2019 Ohio App. LEXIS 4234, 2019 WL. . . . . . 522

Ball v. Commissioner of Social Sec., 2013 U.S. District LEXIS 129924 (N.D. E.D. Ohio, Aug.

12, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [523](#)

Bankey v. Phillips and Burns, LLC, 2008 U.S. District LEXIS 46075, 2008 WL 2405773 (D. Minn., Jun. 11, 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [540](#)

Barksdale v. Global Check and Credit Services, LLC, 2010 U.S. District LEXIS 78476, 2010 WL 3070089 (D.C. W.D., NY, Aug. 4, 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [541](#)

Barnard v. Berryhill, 2019 U.S. District LEXIS 38671 (D.C. N.D. Eastern D. Ohio, Maritime 11, 2019) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [2](#)

Beach v. LVNV Funding, LLC, 2013 U.S. District LEXIS 162926, 2013 WL 6048989 (E.D. Wis., Nov. 15, 2013). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [508](#), [509](#), [527](#)

Behrens v. Smith and Greaves, LLP, 2012 U.S. District LEXIS 21888, 2012 WL 590845 (D. Ore., Feb. 22, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [543](#)

Bell v. American Accounts and Advisers, Inc., 2018 U.S. District LEXIS 223645, 2018 WL 6718573 (D. Minn., Nov 15, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [539](#)

Benedict v. Fidelity Capital Holdings, Inc., 2016 WL 11518497 (C.C. Cal., June 9, 2016) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [511](#), [524](#), [529](#)

Beneli v. BCA Fin. Servs., 2018 U.S. District LEXIS 19191, 2018 WL 734673 (D. N.J., Feb. 6, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [540](#)

Benyo v. Colvin, 188 Social Sec. Rep. Service 13, 2013 U.S. District LEXIS 40179, 2013 WL 1195528 (N.D. Ohio, Maritime 22, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542

Biggerstaff v. Saul, 2019 WL 4138015 (C.D. Cal., July 5, 2019). . . . . . . . . . . . . . . . . . . . . . [510](#)

Bilazzo v. Portfolio Recovery Assocs., LLC, 876 F. Supp. 2d 452, 2012 U.S. District LEXIS 89094, 2012 WL 2464223 (D. N.J., Jun. 25, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [540](#)

Blackhawk Pine Retail v. V., 2016 Pa. District and Cnty. Dec. LEXIS 17408 (Pa. C.P., Allegheny Co, Civil Division., Jun. 22, 2016) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 524

Blum v. Stenson, 465 U.S. 886 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [506](#)

Bock v. APIM, LLC, 2013 U.S. District LEXIS 176648 (D. Colo., Nov. 7, 2013) . . . . . . . . . [515](#)

Bower v. NRA Grp., LLC, 2019 U.S. District LEXIS 121150, 2019 WL 3306515 (W.D. Pa., July 22, 2019) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [525](#)

Bowse v. Portfolio Recovery Assocs., LLC, 2017 U.S. District LEXIS 222163 (N.D. E.D. Ill.,

Nov. 22, 2017) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 538

Branco v. Credit Collection Servs., 2011 U.S. District LEXIS 138329, 2011 WL 6003877 (Dec. 1, 2011). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 534

Brass v. NCO Fin. Sys., 2011 U.S. District LEXIS 98223, 2011 WL 3862145 (E.D. Pa, Jul. 22, 2011). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 543

Bratton v. FCA US LLC, 2018 U.S. District LEXIS 180975, 2018 WL 5279581 (N.D. Cal. Oct. 22, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 512

Bratton v. Thomas Law Firm PC, 943 F. Supp. 2d 897 (N.D. Ind. 2013). . . . . . . . . . . 509, 518

Breeden v. Consumer Adjustment Company., Inc., 2019 WL 1518185 (E.D. Missouri, Apr 8, 2019). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 520

Breidenbach v. Experian, 2013 U.S. District LEXIS 82093, 2013 WL 2631368 (S.D. Cal., Jun. 11, 2013). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 515

Broadcasting Music Incorporated v. Antigua Cantina and Grill, LLC, 2013 U.S. District LEXIS 72122, 2013 WL 2244641 (May 21, 2013). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 533

Brooks v. Sun Cash of SD, 2018 U.S. District LEXIS 20310, 2018 WL 747795 (S.D. Cal., Feb. 7, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 532

Broome v. Kohn Law Firm, S.C., 2019 U.S. District LEXIS 64025, 2019 WL 1595864 (W.D. Wisc., Apr. 15, 2019) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 528

Brown v. Jonathan Neil and Assocs., 2019 U.S. District LEXIS 24455, 2019 WL 636842 (E.D. Cal., Feb. 13, 2019). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 532

Brown v. Mandarich Law Group, LLP, 2014 U.S. District LEXIS 47020, 2014 WL 1340211 (N.D. Cal., Apr. 2, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 513

Buck Southern v. Berryhill, 2018 U.S. District LEXIS 213330, 2018 WL 6634347 (D. Maine, Dec. 19, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 519

Bukowski v. Kia Motors America, Inc., 2014 WL 5113759 (N.J. Super.L., Sept. 4, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 521, 533

C.B. v. Sonora Schools Dist., 2011 U.S. District LEXIS 112870, 2011 WL 4590775 (E.D. Cal., Sept. 30, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 534

Campos v. Tolteca Enterprises, Incorporated., 2015 WL 13802511 (W.D. Tex., San Antonio Division., Dec. 4, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 526

Carrion v Kirby Oldsmobile, Inc., 2018 WL 6137127 (D.D. Cal., Nov. 9, 2018) . . . . . . . . . . 511

Carter v. Debt Recovery Bureau, Incorporated, 2012 WL 13128943 (N.D. Ga., Atlanta Division., Sept. 28, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 517

Cash v Berryhill, 2019 U.S. District LEXIS 57694, 2019 WL 1469098 (S.D. Cal., Apr 3, 2019) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 514

Cassagne v. Law Offices of Weltman, Weinberg and Reis Company., LPA, 2011 U.S. District LEXIS 135207, 2011 WL 5878379 (D. N.J., Nov. 23, 2011) . . . . . . . . . . . . . . . . . . . . . . . 541

Castaneda v. Ocwen Loan Servicing, 2018 U.S. District LEXIS 198852 (C.D. Cal., Nov. 21, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 511, 532

Castro v. Commercial Recovery Systems, 2014 U.S. District LEXIS 33675 (N.D. Cal., Maritime 13, 2014). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 513

Castro v. McCarthy and Jennerich, 2013 U.S. District LEXIS 11989, 2013 WL 335973 . . . . 540

Centrella v. Ritz-Craft Corporation of Pa., Inc., 2018 U.S. District LEXIS 22308, 2018 WL 840041(D.C. Vermont, Feb. 12, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544

Chan v. Booska, 2013 U.S. District LEXIS 109005 (N.D. Cal., Jul. 15, 2013) . . . . . . . . . . . 513

Cohen v. RSH and Assocs., LLC, 2014 U.S. District LEXIS 18296, 2014 WL 562729 (E.D. Missouri, Southeastern Division., Feb. 13, 2014). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 520

Cole v. Mercantile Adjustment Bureau, LLC, 2018 U.S. District LEXIS 193511, 2018 WL 5920019 (S.D. Cal., Nov. 12, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 514

Companion Life Ins Co v. McCreary, et al, 2016 U.S. District LEXIS 172433, 2016 WL 7115910 (D. So. Carolina, Columbia Division., Nov. 22, 2016) . . . . . . . . . . . . . . . . . . . . . 525

Conklin v. Pressler and Pressler LLP, 2012 U.S. District LEXIS 21609, 2012 WL 569384 (D. N.J., Feb. 21, 2012). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 541

Cook v. Law Offices of Forster and Garbus, 2010 U.S. District LEXIS 125604, 2010 WL 4941439 (M.D., Fla., Orlando Division., Nov. 3, 2010). . . . . . . . . . . . . . . . . . . . . . . . . . . . 536

Cooke v. Jackson National Life Insurance Company, 2018 U.S. District LEXIS 197908, 2018 WL 6067248 (N.D. E.D. Ill., Nov. 20, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 537

Cortes v. Colvin, 2014 U.S. District LEXIS 127874, 2014 WL 4472613 (N.D. E.D., Ohio, Sept. 10, 2014). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542

Crafton v. Law Firm of Jonathan B. Levine, 2014 U.S. District LEXIS 29690, 2014 WL 907423 (E.D. Wis., Maritime 7, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 508, 527

Crapnell v. Dillon Cos., 2015 U.S. District LEXIS 96184, 2015 WL 4484469 (D. Colo., Jul. 22, 2015). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 515

Crawford v. Dynamic Recovery Servs., 2014 U.S. District LEXIS 4057, 2014 WL 130458 (S.D. Cal., Jan. 10, 2014). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 514

Croft v. L.C. Maxwell and Assocs., 2019 U.S. District LEXIS 9592, 2019 WL 275933 (E.D. S.D. Mich., Jan. 22, 2019) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 519

Cuevas v. Check Resolution Servs., 2013 U.S. District LEXIS 189893, 2013 WL 2190172 (E.D. Cal., Aug. 8, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 533

Cunningham v Meridian Credit Group, LLC, 2019 U.S. District LEXIS 23680, 2019 WL 643966 (C.D. Cal., Feb. 11, 2019). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 511

Daley v. A and S Collection Assocs., 2010 U.S. District LEXIS 131572, 2010 WL 5137834 (D. Ore., Portland Division., Dec. 10, 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 543

Daniels v. Astrue, 185 Social Sec. Rep. Service 518, 2013 U.S. District LEXIS 1418, 2013 WL 66083 (N.D. Ohio, Jan. 4, 2013). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542

David R. Maddox v. Lodestar Energy, Incorporated., et al, 2018 WL 3007437 (May 16, 2018, DOL Ben Rev. Board., Chief Administrative Appeals Judge, Gilligan and Rolfe) . . . . . . . 545

Davis Cnty. Solid Waste Management and Energy Recovery Special Service District v. U.S. E.P.A., 169 F.3d 755 (D.D.C. Feb. 26, 1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 547

Davis v. Fidelity Information Corp., 2018 U.S. District LEXIS 207761 . . . . . . . . . . . . . . . . . 520

Davis v. Hollins Law, 25 F.Supp.3d 1292, 2014 U.S. District LEXIS 81024, 2014 WL 2619651 (E.D. Cal., Jun. 12, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 508, 512, 533, 534

De La Torre v. Legal Recovery Law Office, 2014 U.S. District LEXIS 128220, 2014 WL 4547035 (S.D. Cal., Sept. 12, 2014). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 514

Decker v. Transworld Systems, Incorporated, 2009 U.S. District LEXIS 78987, 2009 WL 2916819 (N.D. W.D. Ill., Sept. 1, 2009). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 518

Delalat v. Syndicated Office Sys., 2014 U.S. District LEXIS 33756, 2014 WL 930162 (S.D. Cal., Jan. 28, 2014). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 514

Diaz v. Kubler Corp., 2014 U.S. District LEXIS 199581 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 533

*Dibish v. Ameriprise Fin. Servs.*, 2015 Pa. District and Cnty. Dec. LEXIS 432, *17-18 (Pa. C.P., Maritime 23, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 524

*Doyle v. Midland Credit Management, Inc.*, 2017 U.S. District LEXIS 215290, 2017 WL 6944789 (D. NJ, Dec. 1, 2017) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 521

*Durham v. Continental Central Credit*, 2011 U.S. District LEXIS 148403, 2011 WL 6783193 (S.D. Cal., Dec. 27, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 534

*Eidson v. Massa*, 2014 U.S. District LEXIS 91440 (E.D., Tenn., April 14, 2014) . . . . . . . . . 544

*Fabish v. Harnak, 2015-Ohio-4777*, 2015 Ohio App. LEXIS 4671, 2015 WL 7357189 (C.A. 5th App Dist, Delaware Co, Nov. 19, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 522

*Farooq v. Portfolio Recovery*, 2016 U.S. District LEXIS 66180, 2016 WL 2909650 (N.D. Ill., May 19, 2016) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 538

*Feely v. Carrington Mortg. Services., LLC*, 2014 U.S. District LEXIS 161626, 2014 WL 6388788 (D. Nev., Nov. 14, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 521

*Firneno v. Radner Law Grp., PLLC*, 2017 U.S. District LEXIS 136660, 2017 WL 3675613 (E.D. Mich., Aug. 25, 2017) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 539

*Fitzgerald v. Law Office of Curtis O. Barnes*, 2013 U.S. District LEXIS 53642, 2013 WL 1627740 (E.D. Cal., Apr. 15, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 533, 543

*Flory v. McCabe, Weisberg and Conway, LLC*, 2019 WL 2562632 (D. NJ, June 20, 2019) . . 512

*Font v NCO Financial Systems, Incorporated*, 2012 WL 13129967 (S.D., Fla., May 16, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 535

*Forkum v. Co-Operative Adjustment Bureau, Incorporated*, 2014 U.S. District LEXIS 106912, 2014 WL 3827955 (N.D. Cal. Oakland Division., Aug. 4, 2014) . . . . . . . . . . . . . . . . 513, 533

*Freid v. National Action Fin. Servs.*, 2011 U.S. District LEXIS 149668, 2011 WL 6934845 (D. N.J., Dec. 29, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 541

*Fricano v. LVNV Funding, LLC*, 2015 U.S. District LEXIS 121654, 2015 WL 5331711 (N.D. E.D. Ill., Sept. 8, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 517

*Garcia v. Resurgent Capital Servs.*, 2012 U.S. District LEXIS 123889, 2012 WL 3778852 (N.D. Cal., Aug. 30, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 513

*Gonzalez v. Secretary of HHS*, 2015 U.S. Claims LEXIS 1833, 2015 WL 10435023 (Fed. Cl., Nov. 10, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 545

Gonzalez v. Secy. of Health and Human Services, 2015 WL 10435023 (Fed. Cl. Spec. Mstr. Nov. 10, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 547, 556

Green v BMW of North American, LLC, 2013 WL 9862198 (4th Jud. District Hennepin Company., Minn., Nov. 20, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 520, 546

Green v. Momentum Motor Grp., LLC, 2018 U.S. District LEXIS 122, 2018 WL 259091 (D. So. Carolina, Rock Hill Division., Jan. 2, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 525

Green v. Nationwide Arbitration Servs., LLC, 2017 U.S. District LEXIS 216557, 2017 WL 7211136 (E.D. S.D. Mich., Dec. 22, 2017). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 519

Gregg v. N.A.R., Inc., 2014 U.S. District LEXIS 32017, 2014 WL 959412 (D. Colo., Maritime 12, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 515

Grubbs v. Andrews and Cox, 2016 U.S. District LEXIS 93643, 2016 WL 3902591 (SD Ind., Jul. 18, 2016) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 537

Hakkarainen v. Astrue, 2012 U.S. District LEXIS 188466, 2012 WL 8420139 (N.D. E.D. Ohio Jun. 27, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542

Hakkarainen v. Commissioner of Social Sec., 2013 U.S. District LEXIS 86964, 2013 WL 2950529 (N.D. E.D. Ohio, June 11, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542

Hampton v. Colvin, 2015 U.S. District LEXIS 53630, 2015 WL 1884313 (N.D. Cal., Apr. 23, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 513

Harmon v. Virtuoso Sourcing Group LLC, 2012 U.S. District LEXIS 129770, 2012 WL 4018504 (S.D. Western Va., Charleston Division., Sept. 12, 2012). . . . . . . . . . . . . . . . 527

Harper v. Stellar Recovery, Inc., 2015 U.S. District LEXIS 154479, 2015 WL 7253239 (D. Colo., Nov. 16, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 515

Harris v. Monarch Recovery Holdings, 2014 U.S. District LEXIS 38513, 2014 WL 1245107 (D. AZ, Maritime 23, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 532

Hawk v. Astrue, 2013 U.S. District LEXIS 3973 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542

Hebert v. Wallet Recovery Limited, 2014 U.S. District LEXIS 57012, 2014 WL 1653490 (M.D. Ga., Apr. 24, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 517

Heling v. Creditors Collection Serv., 2017 U.S. District LEXIS 89693, 2017 WL 2539785 (E.D. Wisc., Jun. 12, 2017) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 527

Heroux v. Callidus Portfolio Mgmt., 2019 U.S. District LEXIS 1041, 2019 WL 92728 (D.C.

Minn., Jan. 3, 2019) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 519

Hicks v. City of Tuscaloosa, 2016 U.S. District LEXIS 174579, 2016 WL 7029827 (N.D. Alabama, May 24, 2016) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 510

Hollandsworth v. McDowell, 2015 WL 12830177 (Cal. Super., May 20, 2015) . . . . . . . . . . 510

Hooks ex rel. NLRB v. International Longshore and Warehouse Union, Local 8, 2015 U.S. District LEXIS 28159, 2016 WL 1043133 (D. Ore., Maritime 9, 2015) . . . . . . . . . . . . . . 543

Hoover v. Western New York Capital, 2010 U.S. District LEXIS 59621, 2010 WL 2472500 (W.D. N.Y., Jun. 16, 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542

House v. Shapiro and Price, 2011 U.S. District LEXIS 38322, 2011 WL 1219247 (E.D. Wis., Maritime 30, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 508, 528

Howard v. Midland Credit Management, 2012 U.S. District LEXIS 136209, 2012 WL 4359361 (D. Colo., Sept. 24, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 534

Hutchison v. Lenders Portal Direct, LLC, 2018 U.S. District LEXIS 110639, 2018 WL 3241255 (D. S.C., Florence Division., Jul. 3, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 525

Jablonski v. Portfolio Recovery Assocs., 2012 U.S. District LEXIS 59734, 2012 WL 1552462 (N.D. W.D., OH, April 30, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 523

Jackson v. Berryhill, 2019 WL 1470869 (S.D. Cal., Apr 3, 2019) . . . . . . . . . . . . . . . . . . . 514

Jordan v. City of Birmingham, 2015 U.S. District LEXIS 183532, 2015 WL 12830455 (N.D. Alabama, Jun. 22, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 510

Kaylor-Trent v. John C. Bonewicz, P.C., 916 F. Supp. 2d 878, 2013 U.S. District LEXIS 3506, 2013 WL 120573 (C.D. Ill., Springfield Division., January 9, 2013) . . . . . . . . . . . . . . . . 538

Kersten v. Quick Collect, Inc., 2015 U.S. District LEXIS 58407, 2015 WL 1931137 (D. Ore., Apr. 27, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 524

Keyes v. Astrue, 2012 U.S. District LEXIS 88856 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542

Klein v. Law Offices of D. Scott Carruthers, 2015 U.S. District LEXIS 75269, 2015 WL 3626946 (N.D. Cal., Jun. 10, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 513

Koontz v. Wells Fargo N.A., 2013 U.S. District LEXIS 45509, 2013 WL 1337260 (S.D. Western Va. Charleston Division., Maritime 29, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 527

Krapf v. Nationwide Credit, Incorporated, 2010 U.S. District LEXIS 116689, 2010 WL 4261444

(C.D. Cal., Oct. 21, 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 512

LaFountain, Jr v. Paul Benton Motors of North Carolina, LLC, 2010 U.S. District LEXIS
    121631, 2010 WL 4457057 (E.D. NC, Nov. 5, 2010) . . . . . . . . . . . . . . . . . . . . . 509, 522, 580

Landry v. Caine and Weiner Company, 2013 U.S. District LEXIS 123868, 2013 WL 4591445
    (E.D. LA, August 9, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 539

Lane v. Accredited Collection Agency, Inc., 2014 U.S. District LEXIS 58502, 2014 WL
    1685677 (M.D. Fla., Apr. 25, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 516

League of Wilderness Defenders/Blue Mts. Biodiversity Project v. United States Forest Serv.,
    2014 U.S. District LEXIS 96335, 2014 WL 3546858 (D. OR, Jul. 15, 2014) . . . . . . . . . . 543

Lecoultre v. Takhar Collection Servs., 2013 U.S. District LEXIS 96443, 2013 WL 3458072 (D.
    Idaho, Jul. 9, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 517

Levy v. Global Credit and Collection Corp., 2011 U.S. District LEXIS 124226, 2011 WL
    5117855 (D. N.J., Oct. 27, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 541

Lindenbaum v. NCO Fin. Sys., 2011 U.S. District LEXIS 78069, 2011 WL 2848748 (E.D. Pa.,
    July 19, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 509, 524

Liu v. BMW of North America, LLC, 2019 WL 4196061 (C.D., W.D., Cal. May 29, 2019) . 511

Livingston v. Cavalry Portfolio Services, LLC, 2009 U.S. District LEXIS 113274, 2009 WL
    4724268 (N.D. Ohio, Dec. 2, 2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 523

Lockmon v. Thomas F. Farrell, P.C., 2012 U.S. District LEXIS 178661, 2012 WL 6590426
    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 509, 516

Lorik v. Accounts Recovery Bureau, Inc., 2014 U.S. District LEXIS 39938, 2014 WL 1256013
    (S.D. IN, Indianapolis Division., March 26, 2014). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 537

Lovett v. Simm Assocs., 2013 U.S. District LEXIS 92495, 2013 WL 3242953 (C.D. Cal., June
    25, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 533

Low-Iacovino v. Benefit Plan Committee of Nonbargained Program of AT&T Pension Benefit
    Plan, 2018 WL 6985241 (C.D. Cal., July 2, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 511

Luessenhop v. Clinton County, N.Y. 558 F.Supp.2d 247 (N.D.N.Y., 2008) . . . . . . . . . . . . 547

Maher v. Barton, 2014 U.S. District LEXIS 45232, 2014 WL 1316936 (E.D. E.D. MO, Apr. 2,
    2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 540

Maloy v. Stucky, 2018 U.S. District LEXIS 211571, 2018 WL 6600082 (N.D., Ind., Fort Wayne Division., Dec. 14, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 518

Mandler v. Colvin, 2016 U.S. District LEXIS 16226, 2016 WL 526217 (D. Nev., Feb. 9, 2016) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 521

Martin v. Eaton Law Group Attys., LLC, 2014 U.S. District LEXIS 44778, 2014 WL 1330285 (M.D. LA, Maritime 3, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 539

Mathur v. Board of Trs. of Southern Ill. Univ., 317 F.3d 738, 2003 U.S. App. LEXIS 1055. . 507

Mayo Foundation for Medical Education and Research, Mayo Clinic, Cerner Corporation, Cerner Corporation v. Dr. Peter L. Elkin, M.D., 540 Federal Appx. 546, 2014 WL 12527218 (D. Minn., Maritime 19, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 540

McCutcheon v. Finkelstein Kern Steinberg and Cunningham, 2013 U.S. District LEXIS 121460, 2013 WL 4521016 (M.D. Tenn., Nashville Division., Aug. 27, 2013) . . . . . . . . . . . . . . . 525

Medina v. South Coast Car Company, 15 Cal. App. 5th 2017 Cal. App. LEXIS 820, 2017 WL 4247131 (C.A. 4th App Dist, Division One, Cal., Sept 19, 2017) . . . . . . . . . . . . . . . . . . . . 510

Merino v. The State of Washington, et al, 2014 WL 12679683 (Wash.Super., Aug. 22, 2014) 526

Miranda v. Law Office of D. Scott Carruthers, 2012 U.S. District LEXIS 2866, 2012 WL 78236 (E.D. Cal., Jan. 9, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 534

Mohn v. Goll, 2016 U.S. District LEXIS 43866, 2016 WL 1258578 (N.D. E.D. Ohio, Maritime 31, 2016) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 522

Mooney v. Secretary of Health and Human Servs, 2014 U.S. Claims LEXIS 1526, 2014 WL 7715158 (Fed. Cl., Dec. 29, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 545, 547

Moore v. Midland Credit Managemet, Inc., 2012 U.S. District LEXIS 176600, 2012 WL 6217597 (N.D. Ind., Dec. 12, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 518

Moore v. Midland Credit Management., Inc., 2012 U.S. District LEXIS 176600, 2012 WL 6217597 (N.D. Ind. Dec. 12, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 509

Moreland v. Dorsey Thornton and Assocs., LLC, 2011 U.S. District LEXIS 54487, 2011 WL 1980282 (E.D. Wis., May 20, 2011). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 508

Moreland v. Dorsey Thornton and Assocs., LLC, Number 10-CV-867, 2011 U.S. District LEXIS 54487, 2011 WL 1980282 (E.D. Wisc., May 20, 2011). . . . . . . . . . . . . . . . . . . . . . . . . . . . 528

Morgan v. Vogler Law Firm, P.C., 2018 U.S. District LEXIS 203969, 2018 WL 6304869 (E.D.

District Missouri, Dec. 3, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [520](#)

Morse v. Specialized Loan Servicing, LLC, 2018 U.S. District LEXIS 60791, 2018 WL 549372 (D.C. S.D. E.D. Ohio, January 25, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [523](#)

Morua v. United Recovery Systems, Inc., 2011 WL 13323083 (M.D. Fla., Orlando Division., Apr. 27, 2011). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [536](#)

Munoz v. Cal. Business Bureau, Inc., 2017 U.S. District LEXIS 109855, 2017 WL 3009210 (E.D. Cal., Jul. 14, 2017) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [532](#)

Murphy v. Ability Recover Servs., LLC, 2019 U.S. District LEXIS 133667 (W.D. Pa., Aug. 7, 2019). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [524](#)

Murphy v. Receivable Management Servs. Corp., 2013 U.S. District LEXIS 65402, 2013 WL 1905149. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [543](#)

Murray v. Collections Acquisitions, LLC, 2012 U.S. District LEXIS 92044, 2012 WL 2577211 (D. Neb, July 3, 2012). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [521](#)

National Collegiate Student Loan Trust 2003-1, 2014-Ohio-4346, 2014 WL 4824355 . . . . . . [522](#)

Navarro v. Monarch Recovery Mgmt., 2014 U.S. District LEXIS 84095, 2014 WL 2805244 (E.D. Pa., Jun. 20, 2014). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [543](#)

Nguyen v. HOVG, LLC, 2015 U.S. District LEXIS 124019, 2015 WL 5476254 (S.D. Cal., Sept. 15, 2015). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [514](#)

Norris v. Saul, 2019 U.S. District LEXIS 141318, 2019 WL 3935638 (S.D. Cal., August 20, 2019). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [513](#)

OCAHO LEXIS 18, 2014 WL 4390663 (Aug 26, 2014, Chief Administrative Hearing Officer Ellen K. Thomas) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [528](#), [547](#)

Ochoa v. Mistovich, 2012 U.S. District LEXIS 182419, 2012 WL 6720682 (N.D. E.D., Ill., Dec. 27, 2012). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [538](#)

Overton v. Berryhill, 2018 U.S. District LEXIS 209766, 2018 WL 6523442 (S.D. Cal., Dec. 11, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [514](#)

Oyarzo v. Tuolumne Fire District, 2014 U.S. District LEXIS 60778, 2014 WL 1747236 (E.D. Cal., Apr. 30, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [533](#)

PLLC, 2015 U.S. District LEXIS 69096, 2015 WL 3442097 (M.D. Tenn., May 28, 2015). . . [544](#)

Paris v. Regent Asset Mgmt Solutions, Incorporated, 2010 U.S. District LEXIS 106183, 2010 WL 3910212 (S.D. W.D. Ohio, Oct. 5, 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [524](#)

Paz v. Portfolio Recovery Assocs., LLC, 2018 U.S. District LEXIS 191452, 2018 WL 4520221 (D.D. E.D. Ill. May 17, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [538](#)

Pearson v. Prichard's Excavating and Mobile Home Transp., 2014 U.S. District LEXIS 16089, 2014 WL 534221 (S.D. W.Va., Huntington Division., Feb. 10, 2014) . . . . . . . . . . . . . . . [526](#)

Penny v. Williams and Fudge, Inc., 2012 U.S. District LEXIS 4567, 2012 WL 13102292 (M.D. Fla., Jan. 5, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [535](#)

People Who Care v. Rockford Board Of Educational School District Number 205, 90 F.3d 1307 (7th Cir. 1996). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [506](#)

People Who Care v. Rockford Board of Educational Schools District Number 205, 90 F.3d 1307 (7th Cir., 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [506](#)

Perez v. Midland Funding LLC, 2011 U.S. District LEXIS 126404, 2011 WL 5156869 (D. N.J., Aug. 11, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [522](#)

Peterson-Hooks v. First Integral Recovery, LLC, 2013 U.S. District LEXIS 73907, 2013 WL 229544 (D. Colo., May 24, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [515](#)

Phyllis Mathews V. Navy Exchange Service Command, 2018 WL 1292722 (Feb. 15, 2018, DOL Ben. Rev. Board., Chief Administrative Appeals Judge, Boggs and Rolfe). . . . . . . . . . . . [529](#)

Piccinetti v. Clayton, 2018 U.S. District LEXIS 183611, 2018 WL 5313919 (D. NJ, Oct. 26, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [521](#)

Pierson v. Gregory J. Barro, PLC, 2012 U.S. District LEXIS 67163, 2012 WL 1670549 (E.D. Tenn., Knoxville Division., May 14, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [525](#)

Pineda v. P&B Capital Group, LLC, 2011 U.S. District LEXIS 145637, 2011 WL 6356866 (W.D. Missouri, Dec. 19, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [520](#)

Price v Midland Funding LLC, et al, 2018 U.S. District LEXIS 178175, 2018 WL 5259291 (D.C. Minn., Oct. 22, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [519](#)

Raimondi v. Zakheim and Lavrar, P.A., 2012 U.S. District LEXIS 55590, 2012 WL 1382255 (M.D. Fla., Orlando Division., Apr. 5, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [536](#)

Ralph Abell v. Island Creek Coal Company., et al, 2018 WL 3007436 (May 21, 2018, DOL Ben Rev. Board., Chief Administrative Appeals Judge, Gilligan and Rolfe) . . . . . . . . . . . . . . . [545](#)

Ramirez v. Northern American Asset Servs., LLC, 2012 U.S. District LEXIS 54641, 2012 WL 1228086 (C.D. Cal., Apr. 9, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 509, 512, 513

Ratliff v. Mesilla Valley Transportation., Inc., 2019 U.S. District LEXIS 141533, 2019 WL 3936991 (W.D., Texas, El Paso Division., August 20, 2019) . . . . . . . . . . . . . . . . . . 544

Rawlins and Rivera, Inc., 2012 U.S. District LEXIS 16073, 2012 WL 424869 (E.D. N.D. Mich., Jan. 9, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 519

Ray v. Secretary of Dept. Of Health and Human Services, 2006 WL 1006587 (Fed.Cl., March 30, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 546

Reenders v Premier Recovery Group, 2019 WL 2583595 (N.D. Cal., May 7, 2019) . . . 512

Reichers v. Del. Asset Management., LLC, 2013 U.S. District LEXIS 164981, 2013 WL 6096136 (D. Colo., Nov. 20, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 515

Reid v. Unilever United States, Inc., 2015 U.S. District LEXIS 75383, 2015 WL 3653318 (N.D. Ill., June 10, 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 508, 518

Renninger v. Phillips and Cohen Associates, Ltd, 2010 U.S. District LEXIS 92736, 2010 WL 3259417 (M.D. Fla., Tampa Division., Aug. 18, 2010) . . . . . . . . . . . . . . . . . . . . . . 516

Rhone v. Med. Business Bureau, LLC, 2018 U.S. District LEXIS 188433 (N.D. E.D. Ill., Apr. 27, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 517

Richard v. Caliber Home Loans, Incorporated, 2019 U.S. District LEXIS 167922, 2019 WL 4751741 (S.D. E.D., Ohio, Sept. 30, 2019) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542

Rivera v. NCO Fin. Systems., Inc., 2011 U.S. District LEXIS 82419 (E.D. Pa., May 2, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 524

Rizzo-Alderson v. Tawfik, 2019 WL 3324298 (M.D. Fla., Ocala Division., July 1, 2019) 535

Robinson, et al v. National Credit Systems, Inc., 2019 U.S. District LEXIS 19953, 2019 WL 468580 (M.D. Fla., Fort Myers Division., Jan. 22, 2019) . . . . . . . . . . . . . . . . . . . 516

Rodriguez v. Luchey and Mitchell Recovery Solutions, LLC, 2013 U.S. District LEXIS 164285, 2013 WL 6068458 (D. Colo., Nov. 18, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . 515

Rodriguez v. Nancy A. Smith and Assocs., 2012 U.S. District LEXIS 151719, 2012 WL 5207545 (W.D. Wash., Oct. 22, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 526

Rosemary C. V. Nancy A. Berryhill, 2018 WL 6634348 (D. Maine, December 19, 2019) 539

Rosemary C. v. Nancy A. Berryhill, 2018 U.S. District LEXIS 213329, 2018 WL 6634348 (D. Maine, Dec. 19, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 519

Rubenstein v. National Recovery Agency, Inc., 2012 U.S. District LEXIS 87941, 2012 WL 1425144 (C.D. Cal. Apr. 25, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 534

Rubio v. FMS, Inc., 2011 U.S. District LEXIS 154822 2011 WL 13298613 (M.D. Fla., Orlando Division., Apr. 26, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 536

Sanchez v. Saul, 2019 WL 2642511 (E.D. Cal., June 27, 2019). . . . . . . . . . . . . . . . . . . 532

Sandin v. United Collection Bureau, Incorporated, 2009 U.S. District LEXIS 71948 (S.D. Fla., Jul. 27, 2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 516

Santarlas v. Steube, 2017 U.S. District LEXIS 383 (M.D. Fla., Tampa Division., Jan. 3, 2017)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 516

Savage v. NIC, Incorporated, 2010 U.S. District LEXIS 60311, 2010 WL 2347028 (D. Ariz., Jun. 9, 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 510

Sayeed v. Cheatham Farms Master Homeowners' Association, 2019 WL 1949028 (C.D. Cal., Apr. 16, 2019) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 511

Scadden v. Weinberg, Stein and Associates, LLC, 2013 U.S. District LEXIS 57939, 2013 WL 1751294 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 515

Schneider v. Social Security Administration, 2014 U.S. District LEXIS 119553, 2014 WL 4251590 (D. Nev., Aug. 27, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 521

Schommer v. Accelerated Receivable Solutions, 2011 U.S. District LEXIS 86477, 2011 WL 3422775 (D. Neb., Aug. 4, 2011). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 540

Schoonover v. Receivables Performance Mgmt., 2011 U.S. District LEXIS 154825 (M.D. Fla., Tampa Division., Nov. 9, 2011). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 536

Seaman v. McGuigan, 2013 U.S. District LEXIS 29270, 2013 WL 806610 (M.D. Fla., Orlando Division., Feb. 11, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 516

In re Sears, 2016 U.S. District LEXIS 124235, 2016 WL 4765679 (N.D. E.D., Ill., Sep. 13, 2016). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 508, 517

In re Sears, Roebuck and Company Front-Loading Washer Prods. Liability Litig., 2018 U.S. District LEXIS 130505, 2018 WL 3707804 (N.D. E.D. Ill., August 3, 2018). . . 517

Selby v. Christian Nicholas and Assocs., 2010 U.S. District LEXIS 25053, 2010 WL 745748 (M.D. Fla., Jacksonville Division., Feb. 26, 2010) . . . . . . . . . . . . . . . . . . . . . . 537

Senah, Incorporated v. Xi'an Forstar S&T Co, 2016 U.S. District LEXIS 72293, 2016 WL 3092099 (N.D. Cal., Jun. 2, 2016) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 513

Sheeley v. Advanced Check Processing, 2010 U.S. District LEXIS 117760, 2010 WL 4569868 (M.D. Fla., Jacksonville Division., Sept. 13, 2010). . . . . . . . . . . . . . . . . . 536

Shelago v. Marshall and Ziolkowski Enterprise, LLC, 2009 U.S. District LEXIS 38940, 2009 WL 1097534 (D. Ariz., 2009., Apr. 21, 2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . 510

Shock v. Vandenberg, Chase and Assocs. LLC, 2013 U.S. District LEXIS 71751 . . . . . . 516

Sierra Club v. Jackson, 2013 U.S. District LEXIS 137217, 2013 WL 5409036 (W.D. Wis., Sept. 25, 2013). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 506

Silver State Broadcasting., LLC v. Beasley FM Acquisition, 2015 U.S. District LEXIS 34032, 2015 WL 1186461 (D. Nev. Maritime 16, 2015) . . . . . . . . . . . . . . . . . . . . . . . . 521

Simpson v. Commissioner of Social Sec., 2014 U.S. District LEXIS 10875, 2014 WL 794753 (S.D. E.D. Ohio, Jan. 29, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 523

Slotnick v. I.C.Q. Search and Recovery, 2018 WL 6258888 (C.D. Cal., Sept. 19, 2018) 512

In re Sonic Corporation Customer Data Sec. Breach Litig., 2019 U.S. District LEXIS 135573, 2019 WL 3773737 (N.D. Ohio, August 12, 2019). . . . . . . . . . . . . . . . . . . . . . 522

In Re Southwest Airlines Voucher Litigation, 2014 U.S. District LEXIS 84072, 2014 WL 11115685 (N.D. Ill. Jun. 4, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 531

Spegon v. The Catholic Bishop of Chi., 175 F.3d 544 (7th Cir., 1999) . . . . . . . . . 506, 507

Spuhler v. State Collection Servs., 2019 U.S. District LEXIS 85318, 2019 WL 2183803 (E.D. Wisc., May 21, 2019). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 527

Stallsworth v. Mars Petcare US Inc., 2018 U.S. District LEXIS 77283, 2018 WL 2125950 (W.D., Missouri, Central Division., May 8, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 520

Stallsworth v. Staff Mgmt., 2018 U.S. District LEXIS 77282, 2018 WL 2125952 (W.D., Missouri, Central Division., May 8, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 520

Stephenson v. Neutrogena Corporation, 2012 U.S. District LEXIS 105099, 2013 WL 12310811 (N.D. Cal., Aug. 22, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 513

Stockman v. Global Credit and Collection Corp., 2015 U.S. District LEXIS 111113, 2015 WL 4999851 (N.D., Ill., Eastern Division., Aug. 21, 2015). . . . . . . . . . . . . . . . . . . . . 538

Strohbehn v. Weltman Weinberg and Reis Company LPA, 2018 U.S. District LEXIS 71058, 2018 WL 1997989 (E.D. Wisc., Apr. 27, 2018). . . . . . . . . . . . . . . . . . . . . . . . . 527

Strohl Systems Group, Incorporated v. Fallon, 2007 U.S. District LEXIS 90830, 2007 WL 4323008 (E.D. Pa., Dec. 11, 2007), aff'd 372 Fed.Appx. 230 (Mar. 30, 2010) . 546

Suleski v. Bryant Lafayette and Associates, 2010 U.S. District LEXIS 55353, 2010 WL 1904968 (E.D. Wis., May 10, 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 509, 528

Suleski v. Bryant Lafayette and Assocs., 2010 U.S. District LEXIS 55353, 2010 WL 1904968 (E.D. Wis., May 10, 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 508

Survey Report and the Laffey Matrix by Williams v. NCO Fin. Sys., 2011 U.S. District LEXIS 50635 (E.D. Pa. May 10, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544

Swiatek v. Bemis Company, 2015 U.S. District LEXIS 11006, 2015 WL 420014 (D.C. N.J., Jan. 30, 2015). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 521

Szijjarto v. Farias, 2014 U.S. District LEXIS 17406, 2014 WL 555122 (S.D. Tex., Feb. 12, 2014). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 525

Tamara Spikes and Beaumont Independent School District, 2015 WL 2450879 (E.D. Tex., Jan. 6, 2015). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 531

Taylor v. USF-Red Star Express, Incorporated, 2005 U.S. District LEXIS 3599, 2005 WL 555371 (E.D.Pa., March 8, 2005), aff'd 212 Federal Appx. 101 (2006) . . . . . . . 546

Terry Grimm v. Vortex Marine Construction, et al, 2016 WL 7826580 (Dec. 28, 2016) 545

Townsend v SRS and Associates, 2011 WL 13319492 (N.D. Ga., June 7, 2011) . . . . . . . 517

Townsend v. Yorkshire Acquisition Group, 2018 U.S. District LEXIS 142429, 2018 WL 4006956 (C.D. Cal., May 7, 2018). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 511

Traci H. v. Berryhill, 2018 U.S. District LEXIS 214988, 2018 WL 6716693 (Dist. Maine, Dec. 21, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 518

Twerdok v Secretary of Health and Human Services, 2016 WL 7048036 (U.S. Court of Federal Claims, Office of Special Masters, Aug. 4, 2016). . . . . . . . . . . . . . . . . . . . . . 547

Uhl v. Colvin, 2016 U.S. District LEXIS 78779, 2016 WL 3361800 (E.D. Cal., Jun. 15, 2016)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [512](#)

Ulugalu v. Berryhill, 2018 U.S. District LEXIS 72442, 2018 WL 2012330 (S.D. Cal., Apr 30, 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [514](#)

United States Postal Service Federal Credit Union v. Edwin, 2018 U.S. District LEXIS 31532, 2018 WL 1077291 (D. Virgin Islands, Street Croix Division., Feb. 27, 2018) [526](#)

Vahidy v. Transorld Systems, Incorporated, 2009 U.S. District LEXIS 78984, 2009 WL 2916825 (N.D. W.D. Ill., Sept. 1, 2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [518](#)

Vahidy v. Transworld Systems, Incorporated, 2009 U.S. District LEXIS 78984, 2009 WL 2916825 (N.D. Ill., September 01, 2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . [509](#), [516](#)

Valentin v. Grant Mercantile Agency, Inc., 2017 U.S. District LEXIS 212185, 2017 WL 6604410 (E.D. Cal., Dec. 26, 2017). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [532](#)

Vardanyan v. CMRE Fin. Servs., 2013 U.S. District LEXIS 183486(C.D. Cal., Feb. 11, 2013)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [512](#)

Verdun v. I.C. Sys., 2014 U.S. District LEXIS 52238, 2014 WL 1456295 (S.D. Cal., Apr. 14, 2014). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [514](#)

Villanueva v. Account Discovery Systems, LLC, 77 F.Supp.3d 1058, 2014 U.S. District LEXIS 180001, 2015 WL 148965 (D. Colo., Dec. 12, 2014) . . . . . . . . . . . . . . . . . . . . . [515](#)

Waldo v. Consumers Energy Company, 726 F.3d 802, 2013 U.S. App. LEXIS 16555. [546](#)

Wallace v. Florida Dept. Of Education, 2010 WL 9067802 (Fla. Cir. Ct., Jun. 2, 2010)[531](#)

Wamsley v. Kemp Creditors Interchange Receivables Management., LLC, 2010 U.S. District LEXIS 48454, 2010 WL 1610734 (S.D. E.D. Ohio, Apr. 20, 2010) . . . . . . . [524](#)

Warren v. Kia Motors America, 2018 Cal. App. LEXIS 1144, 2018 WL 6520889 . . . . . [510](#)

Watkins v. Trans Union LLC, 2019 U.S. District LEXIS 12968 (S.D. IN, Terre Haute Division., Jan. 28, 2019) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [537](#)

Weed-Schertzer v. Nudelman, 2011 U.S. District LEXIS 108928, 2011 WL 4436553 (D. N.J., Sept. 23, 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [541](#)

Westberry v. Commonwealth Fin. Sys., 2013 U.S. District LEXIS 14381, 2013 WL 435948 (D. N.J., Feb. 4, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [540](#)

White v. Cavalry Portfolio Servs., LLC, 2012 U.S. District LEXIS 35601, 2012 WL
        899280 (D. Colo., Maritime 16, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  535

Whitt v. Receivables Performance Management., LLC, 2012 U.S. District LEXIS 143120
        (D. N.J., Jul. 18, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  522

Wilbrandt v. Chase Auto Fin. Corp., 2014 Wisc. App. LEXIS 150 . . . . . . . . . . . . . . . . . .  527

Wilson v Berryhill, 2018 WL 6010320 (C.D. Cal., May 4, 2018) . . . . . . . . . . . . . . . . . . .  511

Zavodnick v. Gordon and Weisberg, P.C., 2012 U.S. District LEXIS 78868, 2012 WL
        2036493 (E.D. Pa., Jun. 6, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  543

## STATUTES, OTHER AUTHORITIES

15 U.S.C.A. 1692k(a)(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  530

42 U.S.C. 406(b), $10,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  513


132 A.L.R.Fed. 477 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  530

84 Empl. Prac. Dec. (CCH) P41,400 (7th Cir. Ill., Jan. 24, 2003) . . . . . . . . . . . . . . . . . . . . .  507

90 Fair Empl. Prac. Casualty (BNA) 1537 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  507

Copyright © 2019 by R.L.Burdge
September 10, 2019

This Survey Report is available as a free pdf download
from this web site:
www.AttorneyFeeStudy.com

This Survey Report is also available as a free pdf download
from the web site accessed via any QR reader with this image:



Case 3:16-cv-00136-SLG   Document 254-1   Filed 10/18/22   Page 140 of 141

# United States Consumer Law Attorney Fee Survey for 2017-2018

Attorneys in every state and the U.S. Territories took part in this national survey of Consumer Law attorneys and their law practice economics. Actual court case decisions are included in the database too. The results of this exhaustive and peer reviewed survey continues the trend of being the most comprehensive since this continuous research work began in 1999.

This Survey Report publishes the results of the United States Consumer Law Attorney Fee Survey for 2017-2018. This Survey Report continues to be the only national survey of Consumer Law practitioners in the United States. Since the first Survey Report was published in 2000 the Survey Report has been used in more than 46 jurisdictions, including state and federal courts, the U.S. Court of Federal Claims, the U.S. Department of Justice, the U.S. Department of Labor, and the American Arbitration Association to determine reasonable attorney fee rates across the United States.

The Survey Report provides data analyses for the entire United States, Washington D.C., Puerto Rico, the U.S. Virgin Islands, and 157 greater metropolitan areas. From Cape Coral, Florida to Eugene, Oregon, from San Diego, California to Hartford, Connecticut, and points in between, this survey provides hourly rates for attorneys and paralegals, average years in practice, and additional practice information, with a Table of Authorities updated to September 10, 2019.

The data published here will help the bench, the bar, and attorneys everywhere to understand the economics of practicing law in the Consumer Law field nationally.

In deciding a contested attorney fee motion in a fee-shifting case, Senior United States District Judge James C. Fox ruled that the *U.S. Consumer Law Attorney Fee Survey Report* was more persuasive than the National Law Journal's fee survey and the U.S. Attorney's Laffey Matrix in Consumer Law cases. *LaFountain, Jr v. Paul Benton Motors of North Carolina, LLC*, 2010 U.S. Dist. LEXIS 121631, 2010 WL 4457057 (E.D. NC, Nov. 5, 2010).



You can download your own free copy of this 578 page 2017-2018 Survey Report from NACA, NCLC, NACBA web sites, scan the QR code to the right, or by participating in the next survey. Go to: www.AttorneyFeeStudy.com